UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                )
                                      )
                                      )   Case No. 04-38543
HEDSTROM CORPORATION,                 )   Jointly Administered
et al.,                               )   Chapter 11
                                      )
                                      )
        Debtors.                      )
                                      )

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Teresa A. Ellis, certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action

2. I am a member of TAE Services LLC, at P.O. Box 580387, Pleasant Prairie, WI, Noticing and Claims Agent for the above captioned Debtors.

3. On January 10, 2005 I caused copies of :

    -the Notice of Final Hearing on Motion for Entry of an Order Authorizing Debtors to Use Cash Collateral

    to be inserted in first class, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A Copy of the served document listed above is attached hereto as Exhibit B.

Dated: January 10, 2005                    _____
                                           Teresa A. Ellis

EXHIBIT A
SERVICE LIST

Case 04-38543　Doc 295　Filed 01/24/05　Entered 01/24/05 09:58:33　Desc Main
Document　Page 2 of 5

Notice of Final Hearing on Motion for Entry of an Order
Authorizing Debtors to Use Cash Collateral

Debtor: Hedstrom Et Al                                                                      Case No.: 04-38543

COFACE NORTH AMERICA INC/ AGENT FOR
L&L LUMBER
P O BOX 2102
ATTN DAVID MILLER
CRANBURY NJ 08512

PPL GAS UTILITIES
C/O STACEY H STUCK CRD/COLLECT MANAGER
1 PIPER WAY
LOCK HAVEN PA 17745

JOHNSON, SHIRLEY
P O BOX 523
HAZLEHURST GA 31539

NORAMPAC - CONCORD DIV
7700 KEELE ST
CONCORD ONTARIO L4K 2A1
CANADA

WILLIS, REGINA SPELL
P O BOX 661
LIVALDA GA 30473

SCHOTT INTERNATIONAL INC
C/O COFACE NORTH AMERICA INC/ AGENT
P O BOX 2102
AKRON OH 44305

BANNWART, ANTHONY L
A/K/F LANE BANNWART
2211 NORFOLK SUITE 614
HOUSTON TX 77098

ERDTMANN, MANFRED
6N 311 CIRCLE AVE
MEDINAH IL 60157

FITZCHARLES, CHRISTOPHER
P O BOX 652
ASHLAND OH 44805

COMED
2100 SWIFT DRIVE
ATTN BANKRUPCTY/REVENUE SECT
OAKBROOK IL 60523

# EXHIBIT B

EXHIBIT B

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HEDSTROM CORPORATION, *et al.*, | ) | Case No. 04-38543 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Jack B. Schmetterer |

## NOTICE OF FINAL HEARING ON MOTION FOR THE ENTRY OF AN ORDER AUTHORIZING DEBTORS TO USE CASH COLLATERAL, GRANTING ADEQUATE PROTECTION AND PROVIDING OTHER RELIEF TO CREDIT SUISSE FIRST BOSTON, N.A. AS AGENT FOR THE SENIOR SECURED LENDERS

PLEASE TAKE NOTICE that on **January 27, 2005 at 10:30 a.m.**, I shall appear before the **Honorable Jack B. Schmetterer**, Bankruptcy Judge, in the room usually occupied by him as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing bankruptcy motions, and shall then and there present, for a final hearing on the **Motion For The Entry Of An Order Authorizing Debtors To Use Cash Collateral, Granting Adequate Protection And Providing Other Relief To Credit Suisse First Boston, N.A. As Agent For The Senior Secured Lenders** (the "Motion"), at which time and place you may appear if you deem fit. You may obtain a copy of the Motion and the interim order granting the relief requested in the Motion by faxing your request to 312-980-3888 (Attn.: Patricia Fredricks). You may also obtaining copies of the documents by contacting Ms. Fredericks by telephone at 312-541-0151.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion and the entry of a final order shall be made in writing and filed with the Court (with a courtesy copy to chambers) and served (so as to be received) no later than **January 21, 2005 by 4:00 p.m. local Chicago time**, on: (i) Shaw Gussis Fishman Glantz Wolfson & Towbin LLC, 321 N. Clark Street, Suite 800, Chicago, Illinois 60610 (Attn.: Steven B. Towbin, Esq.), counsel to the Hedstrom Companies; (ii) Wachtell Lipton Rosen & Katz, 51 West 52nd St., New York, NY 10019 (Attn.: Scott K. Charles, Esq.), counsel to the Agent; (iii) Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd., 55 East Monroe St., Suite 3700, Chicago, IL 60603 (Attn.: Dimitri Karcazes), counel for Congress Financial Corp.; and (iv) Office of the U.S. Trustee, 227 West Monroe St., Suite 3350, Chicago, IL 60606 (Attn.: Kathryn M. Gleason, Esq.)

                                                             Allen J. Guon (#6244526)
                                                            Shaw Gussis Fishman Glantz
                                                              Wolfson & Towbin LLC
                                                           321 North Clark Street, Suite 800
                                                           Chicago, Illinois 60610

                                                           Counsel for the Hedstrom Companies

{A0080528.DOC}