UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                )
                                      )
HEDSTROM CORP., et al.                )    No. 04 B 38543
                                      )    (Jointly Administered)
            Debtors.                  )

## ORDER SCHEDULING FINAL ARGUMENT

Following a hearing on Credit Suisse First Boston, N.A. as Agent for Various Lenders ("Credit Suisse") and the Official Committee of Unsecured Creditors ("Committee") objection to the fees and expenses of Conway Del Denio Gries & Co., LLC Financial Advisors to Congress Financial Corporation (Central) ("Congress"), both sides having rested, IT IS HEREBY ORDERED that final argument will be filed in the following form and on the following agreed schedule in lieu of oral argument.

- Congress final argument by **July 15, 2005**;

- Credit Suisse and the Committee's response by **August 5, 2005**;

- Congress' Rebuttal by **August 15, 2005**;

Case set **August 18, 2005 at 10:30 a.m.** for submission of a courtesy package of the foregoing filings.

ENTER:

_____
Judge Jack B. Schmetterer
United States Bankruptcy Judge

Dated: June 3d _____, 2005