UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF: )
)
HEDSTROM CORPORATION, et al., )   CASE NO. 04 B 38543
)
Debtor )

### FINAL JUDGMENT ORDER

Pursuant to Findings of Fact and Conclusions of Law made and entered this date,

IT IS HEREBY ORDERED AND ADJUDGED:

A.    The Motion of Congress in Limine is denied.

B.    The Objection to the fees and expenses of Conway Del Denio Gries & Co., LLC filed by the Official Committee of Unsecured Creditors and Credit Suisse First Boston, N.A. as agent for various lenders, and as joined in by the Official Creditors Committee is sustained. The fees and expenses of Conway Del Denio Gries & Co., LLC and request of Congress Financial Corporation ("Congress") for payment thereof, are therefore entirely denied.

ENTER

Jack B. Schmetterer
United States Bankruptcy Judge

Dated and entered this 21st day of November 2005.