**AT&T**    **HEDSTROM CORPORATION**

| | |
|---|---|
| **Account Number:** | **171-784-8170 564** |
| Invoice Number: | 9160613000 |
| Bill Period: | Sep 11 - Oct 10, 2005 |
| **Invoice Date:** | **Oct 11, 2005** |
| For Customer Care: | 1 800 358-1111 |

Page 10

# CHARGES & CREDITS
## Recurring, One-Time and Prorated

### SUMMARY OF POST-DISCOUNTED CHARGES

| | Recurring Charges [A] | One-Time Charges [B] | Prorated Charges [C] | Regulatory Fees [D] | Total Post-Discounted Charges[1] [A+B+C+D] |
|---|---|---|---|---|---|
| Group 000001 Bedford PA | 100.00 | 280.00 | 10.00i | 40.99 | 410.99 |
| Group 000003 Reno NV | 0.00 | 0.00 | 2.25i | 0.00 | 2.25i |
| **Total** | **$ 100.00** | **$ 280.00** | **$ 12.25i** | **$ 40.99** | **$ 408.74** |

| # | Description | Pre-Discounted Charges | Post-Discounted Charges [A] | Taxes, Fees & Surcharges [B] | Total [A+B] |
|---|---|---|---|---|---|

## ACCOUNT CHARGES
### Invoice Format Options
Recurring Charges

| | | | | | |
|---|---|---|---|---|---|
| 1 | Optional Media<br>Quantity: 1.00  x Price: $  50.00<br>CD Media Charge Waiver @  100.00 % | $  50.00 | $  ---- | $  ---- | $  ---- |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL ACCOUNT CHARGES** | | **$  50.00** | **$  ----** | **$  ----** | **$  ----** |

## GROUP #:  000001  *Bedford PA*

### SUBACCOUNT #:  176-568-6104 848

#### Regulatory Fees - Federal
Regulatory Fees - Interstate/ International

| | | | | | |
|---|---|---|---|---|---|
| 2 | Administrative Expense Fee - Interstate<br>Charges Eligible: $  10.00  x Percent:  0.90 % | $  0.09i | $  0.09i | $  0.01i | $  0.10i |
| 3 | Universal Connectivity Charge - Interstate<br>Charges Eligible: $  10.00  x Percent:  10.20 % | 1.02i | 1.02i | 0.18i | 1.20i |

Originating #:  814 178-1500

#### Dedicated Outbound
Prorated Charges
Service Order:    D21878799A

Order Date:  08-10-2005
Completion Date:  09-06-2005

| | | | | | |
|---|---|---|---|---|---|
| 4 | Monthly Service<br>Prorated from 09-07-2005 thru 09-10-2005<br>Quantity: 1.00  x Price: $  75.00i  x Factor: 00.133333 | $  10.00i | $  10.00i | $  1.74i | $  11.74i |

| | | | | | |
|---|---|---|---|---|---|
| Total  814 178-1500 | | $  10.00i | $  10.00i | $  1.74i | $  11.74i |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL  176-568-6104 848** | | **$  11.11i** | **$  11.11i** | **$  1.93i** | **$  13.04i** |



**HEDSTROM CORPORATION**

| | |
|---|---|
| **Account Number:** | **171-784-8170 564** |
| Invoice Number: | 9160613000 |
| Bill Period: | Sep 11 - Oct 10, 2005 |
| **Invoice Date:** | **Oct 11, 2005** |
| For Customer Care: | 1 800 358-1111 |

Page 11

# CHARGES & CREDITS
## Recurring, One-Time and Prorated

| # | Description | | | Pre-Discounted Charges | Post-Discounted Charges [A] | Taxes, Fees & Surcharges [B] | Total [A+B] |
|---|---|---|---|---|---|---|---|
| **GROUP #:** | **000001** | *Bedford PA* | | | | | |

**SUBACCOUNT #: 186-571-2323 762**

**Regulatory Fees - Federal**
Regulatory Fees - Interstate/ International

| # | Description | | | Pre-Discounted Charges | Post-Discounted Charges | Taxes, Fees & Surcharges | Total |
|---|---|---|---|---|---|---|---|
| 1 | Administrative Expense Fee - International | | | | | | |
| | Charges Eligible: $ 280.00 | x Percent: | 0.88 % | $ 2.46 | $ 2.46 | $ 0.44 | $ 2.90 |
| 2 | Administrative Expense Fee - Interstate | | | | | | |
| | Charges Eligible: $ 100.00 | x Percent: | 0.88 % | 0.88 | 0.88 | 0.15 | 1.03 |
| 3 | Universal Connectivity Charge - Interstate | | | | | | |
| | Charges Eligible: $ 100.00 | x Percent: | 10.20 % | 10.20 | 10.20 | 1.77 | 11.97 |
| 4 | Universal Connectivity Charge - International | | | | | | |
| | Charges Eligible: $ 280.00 | x Percent: | 10.20 % | 28.56 | 28.56 | 5.00 | 33.56 |

Routing Arrangement: 01

**Dedicated Toll-Free**
Recurring Charges

| # | Description | | | Pre-Discounted Charges | Post-Discounted Charges | Taxes, Fees & Surcharges | Total |
|---|---|---|---|---|---|---|---|
| 5 | Monthly Service | | | | | | |
| | Quantity: 1.00 x Price: $ 100.00 | | | $ 100.00 | $ 100.00 | $ 17.37 | $ 117.37 |
| | Total Recurring Charges | | | $ 100.00 | $ 100.00 | $ 17.37 | $ 117.37 |

One-Time Charges
Service Order: C26910100B
Service Ordered By: LINDA HIGGINS
Contact Number: 1-630-571-2034

Order Date: 08-10-2005
Completion Date: 09-06-2005

| # | Description | | | Pre-Discounted Charges | Post-Discounted Charges | Taxes, Fees & Surcharges | Total |
|---|---|---|---|---|---|---|---|
| 6 | Change Toll-Free Number | | | | | | |
| | Quantity: 4.00 x Price: $ 70.00 | | | $ 280.00 | $ 280.00 | $ 39.68 | $ 319.68 |
| | Total One-Time Charges | | | $ 280.00 | $ 280.00 | $ 39.68 | $ 319.68 |
| | Total 01 | | | $ 380.00 | $ 380.00 | $ 57.05 | $ 437.05 |
| | **TOTAL 186-571-2323 762** | | | **$ 422.10** | **$ 422.10** | **$ 64.41** | **$ 486.51** |
| | **TOTAL GROUP # 000001** | | | **$ 410.99** | **$ 410.99** | **$ 62.48** | **$ 473.47** |
| **GROUP #:** | **000003** | *Reno NV* | | | | | |

**SUBACCOUNT #: 124-030-3668 990**

**Switched Outbound**
Prorated Charges
Service Order: D22974598

Order Date: 09-01-2005
Completion Date: 09-01-2005

 **AT&T**

**HEDSTROM CORPORATION**

| | |
|---|---|
| **Account Number:** | **171-784-8170 564** |
| Invoice Number: | 9160613000 |
| Bill Period: | Sep 11 - Oct 10, 2005 |
| **Invoice Date:** | **Oct 11, 2005** |
| For Customer Care: | 1 800 358-1111 |

Page **12**

# CHARGES & CREDITS
## Recurring, One-Time and Prorated

| # | Description | Pre-Discounted Charges | Post-Discounted Charges [A] | Taxes, Fees & Surcharges [B] | Total [A+B] |
|---|---|---|---|---|---|
| **GROUP #: 000003 Reno NV** | | | | | |
| **SUBACCOUNT #: 124-030-3668 990** | | | | | |
| | **Switched Outbound** | | | | |
| | Prorated Charges | | | | |
| | Service Order:    D22974598 | | | | |
| 1 | Monthly Service | | | | |
| | Prorated from 09-02-2005 thru 09-10-2005 | | | | |
| | Quantity: 1.00   x Price: $   7.50i   x Factor:  00.300000 | $    2.25i | $    2.25i | $    0.39i | $    2.64i |
| **TOTAL GROUP #    000003** | | $    2.25i | $    2.25i | $    0.39i | $    2.64i |
| **TOTAL** | | $    458.74 | $    408.74 | $    62.09 | $    470.83 |

[1] Total Post-Discounted charges does not include taxes.

 **AT&T**

**HEDSTROM CORPORATION**

| | |
|---|---|
| Account Number: | **171-784-8170 564** |
| Invoice Number: | 9160613000 |
| Bill Period: | Sep 11 - Oct 10, 2005 |
| **Invoice Date:** | **Oct 11, 2005** |
| For Customer Care: | 1 800 358-1111 |

Page 13

# TAXES, FEES, & SURCHARGES

| # | Description | Federal Excise Tax [A] | State Taxes [B] | County Taxes [C] | Local Taxes [D] | Other Fees & Surcharges [E] | Total [A+B+C+D+E] |
|---|---|---|---|---|---|---|---|

**GROUP #:   000001  *Bedford PA***

**SUBACCOUNT #:  176-568-6104 848**

**Dedicated Outbound**

| # | Description | Federal Excise Tax [A] | State Taxes [B] | County Taxes [C] | Local Taxes [D] | Other Fees & Surcharges [E] | Total [A+B+C+D+E] |
|---|---|---|---|---|---|---|---|
| 1 | FEDERAL EXCISE TAX | $ 0.32i | $ ---- | $ ---- | $ ---- | $ ---- | $ 0.32i |
| 2 | PENNSYLVANIA | ---- | 0.65i | ---- | ---- | ---- | 0.65i |
| 3 | PA/PA GRT SRCHG INTERSTATE | ---- | 0.50i | ---- | ---- | ---- | 0.50i |
| 4 | PA/FEDERAL REGULATORY FEE | ---- | 0.12i | ---- | ---- | ---- | 0.12i |
| 5 | PA/PROPERTY TAX ALLOTMENT | ---- | 0.15i | ---- | ---- | ---- | 0.15i |
| | **Total Dedicated Outbound** | **$ 0.32i** | **$ 1.42i** | **$ —** | **$ —** | **$ ----** | **$ 1.74i** |

**Regulatory Fees - Federal**

| # | Description | Federal Excise Tax [A] | State Taxes [B] | County Taxes [C] | Local Taxes [D] | Other Fees & Surcharges [E] | Total [A+B+C+D+E] |
|---|---|---|---|---|---|---|---|
| 6 | FEDERAL EXCISE TAX | $ 0.03i | $ ---- | $ ---- | $ ---- | $ ---- | $ 0.03i |
| 7 | PENNSYLVANIA | ---- | 0.08i | ---- | ---- | ---- | 0.08i |
| 8 | PA/PA GRT SRCHG INTERSTATE | ---- | 0.05i | ---- | ---- | ---- | 0.05i |
| 9 | PA/FEDERAL REGULATORY FEE | ---- | 0.01i | ---- | ---- | ---- | 0.01i |
| 10 | PA/PROPERTY TAX ALLOTMENT | ---- | 0.02i | ---- | ---- | ---- | 0.02i |
| | **Total Regulatory Fees - Federal** | **$ 0.03i** | **$ 0.16i** | **$ ----** | **$ ----** | **$ ----** | **$ 0.19i** |

| | **TOTAL  176-568-6104 848** | **$ 0.35i** | **$ 1.58i** | **$ ----** | **$ ----** | **$ ----** | **$ 1.93i** |
|---|---|---|---|---|---|---|---|

**SUBACCOUNT #:  186-571-2323 762**

**Dedicated Toll-Free**

| # | Description | Federal Excise Tax [A] | State Taxes [B] | County Taxes [C] | Local Taxes [D] | Other Fees & Surcharges [E] | Total [A+B+C+D+E] |
|---|---|---|---|---|---|---|---|
| 11 | FEDERAL EXCISE TAX | $ 3.23 | $ ---- | $ ---- | $ ---- | $ ---- | $ 3.23 |
| 12 | PENNSYLVANIA | ---- | 24.58 | ---- | ---- | ---- | 24.58 |
| 13 | PA/PA GRT SRCHG INTERSTATE | ---- | 19.00 | ---- | ---- | ---- | 19.00 |
| 14 | PA/FEDERAL REGULATORY FEE | ---- | 4.55 | ---- | ---- | ---- | 4.55 |
| 15 | PA/PROPERTY TAX ALLOTMENT | ---- | 5.69 | ---- | ---- | ---- | 5.69 |
| | **Total Dedicated Toll-Free** | **$ 3.23** | **$ 53.82** | **$ —** | **$ —** | **$ —** | **$ 57.05** |

**Regulatory Fees - Federal**

| # | Description | Federal Excise Tax [A] | State Taxes [B] | County Taxes [C] | Local Taxes [D] | Other Fees & Surcharges [E] | Total [A+B+C+D+E] |
|---|---|---|---|---|---|---|---|
| 16 | FEDERAL EXCISE TAX | $ 1.36 | $ ---- | $ ---- | $ ---- | $ ---- | $ 1.36 |
| 17 | PENNSYLVANIA | ---- | 2.72 | ---- | ---- | ---- | 2.72 |
| 18 | PA/PA GRT SRCHG INTERSTATE | ---- | 2.11 | ---- | ---- | ---- | 2.11 |
| 19 | PA/FEDERAL REGULATORY FEE | ---- | 0.53 | ---- | ---- | ---- | 0.53 |
| 20 | PA/PROPERTY TAX ALLOTMENT | ---- | 0.64 | ---- | ---- | ---- | 0.64 |
| | **Total Regulatory Fees - Federal** | **$ 1.36** | **$ 6.00** | **$ ----** | **$ ----** | **$ ----** | **$ 7.36** |

| | **TOTAL  186-571-2323 762** | **$ 4.59** | **$ 59.82** | **$ ----** | **$ ----** | **$ ----** | **$ 64.41** |
|---|---|---|---|---|---|---|---|

| | **TOTAL GROUP #   000001** | **$ 4.24** | **$ 58.24** | **$ —** | **$ —** | **$ ----** | **$ 62.48** |
|---|---|---|---|---|---|---|---|

 **AT&T**

**HEDSTROM CORPORATION**

| | |
|---|---|
| **Account Number:** | **171-784-8170 564** |
| Invoice Number: | 9160613000 |
| Bill Period: | Sep 11  - Oct 10, 2005 |
| **Invoice Date:** | **Oct 11, 2005** |
| For Customer Care: | 1 800 358-1111 |

Page  14

# TAXES, FEES, & SURCHARGES

| # | Description | Federal Excise Tax [A] | State Taxes [B] | County Taxes [C] | Local Taxes [D] | Other Fees & Surcharges [E] | Total [A+B+C+D+E] |
|---|---|---|---|---|---|---|---|
| **GROUP #:** | **000003** *Reno NV* | | | | | | |
| | **SUBACCOUNT #:  124-030-3668 990** | | | | | | |
| | **Switched Outbound** | | | | | | |
| 1 | FEDERAL EXCISE TAX | $    0.07i | $    ---- | $    ---- | $    ---- | $    ---- | $    0.07i |
| 2 | PENNSYLVANIA | ---- | 0.15i | ---- | ---- | ---- | 0.15i |
| 3 | PA/PA GRT SRCHG INTERSTATE | ---- | 0.11i | ---- | ---- | ---- | 0.11i |
| 4 | PA/FEDERAL REGULATORY FEE | ---- | 0.03i | ---- | ---- | ---- | 0.03i |
| 5 | PA/PROPERTY TAX ALLOTMENT | ---- | 0.03i | ---- | ---- | ---- | 0.03i |
| **TOTAL GROUP #** | **000003** | $    0.07i | $    0.32i | $    ---- | $    ---- | $    ---- | $    0.39i |
| **TOTAL** | | $    4.17 | $    57.92 | $    ---- | $    ---- | $    ---- | $    62.09 |

 **AT&T**

**HEDSTROM CORPORATION**

| | |
|---|---|
| **Account Number:** | **171-784-8170 564** |
| Invoice Number: | 9160613000 |
| Bill Period: | Sep 11 - Oct 10, 2005 |
| **Invoice Date:** | **Oct 11, 2005** |
| For Customer Care: | 1 800 358-1111 |

Page 15

# INTERNATIONAL USAGE SUMMARY

### SUMMARY BY COUNTRY

| | Complete Calls | Duration | Post-Discounted Charges |
|---|---|---|---|
| Canada | ---- | ---- | $    ---- |
| **Total** | — | — | $    — |

| Rate Period | Complete Calls [1] | Duration (MM:SS) [A] | Pre-Discounted Charges | Post-Discounted Charges [B] | Average Cost Per Minute [2] [B/A] |
|---|---|---|---|---|---|
| **GROUP #:   000001  *Bedford PA*** | | | | | |
| **CANADA** | | | | | |
| **Dedicated Toll-Free** | | | | | |
| Day | ---- | ---- | $    ---- | $    ---- | $    ---- |
| Evening | ---- | ---- | ---- | ---- | ---- |
| Night / Weekend | ---- | ---- | ---- | ---- | ---- |
| **TOTAL** | — | — | $    — | $    — | $    — |

[1] For split rate period calls, the call is counted in the initial period.  Duration details for each rate period will be listed under that particular rate period.

[2] Average Cost Per Minute is Post-Discounted Charges divided by Duration (excluding usage with no duration).

This section does not include Non AT&T carried Wireless calls.

 **AT&T**

**HEDSTROM CORPORATION**

| | |
|---|---|
| Account Number: | **171-784-8170 564** |
| Invoice Number: | 9160613000 |
| Bill Period: | Sep 11 - Oct 10, 2005 |
| **Invoice Date:** | **Oct 11, 2005** |
| For Customer Care: | 1 800 358-1111 |

Page **16**

# USAGE SUMMARY - TOLL-FREE NUMBER

## SUMMARY OF USAGE BY TOLL-FREE NUMBER

| | Complete Calls | Duration | Average Length of Calls | Post-Discounted Charges [A] | Taxes, Fees, and Surcharges [B] | Total [A+B] |
|---|---|---|---|---|---|---|
| 800 295-6994 | ---- | ---- | ---- | $ ---- | $ ---- | $ ---- |
| 800 642-9193 | ---- | ---- | ---- | ---- | ---- | ---- |
| **Total** | **—** | **—** | **—** | **$ —** | **$ —** | **$ —** |

| Description | Incomplete Calls[1] | Complete Calls | Duration (MM:SS) | Pre-Discounted Charges | Post-Discounted Charges [A] | Taxes, Fees, and Surcharges [B] | Total [A+B] |
|---|---|---|---|---|---|---|---|
| **GROUP #:  000001  Bedford PA** | | | | | | | |
| **SUBACCOUNT #:  186-571-2323 762** | | | | | | | |
| | | | | | | | |
| **Routing Arrangement:  01** | | | | | | | |
| **Dedicated Toll-Free** | | | | | | | |
| Inbound Dial - AT&T Full Connect | | | | | | | |
| **800 295-6994** | | | | | | | |
| Interstate | 20 | ---- | ---- | $ ---- | $ ---- | $ ---- | $ ---- |
| **Total** | **20** | **—** | **—** | **$ —** | **$ —** | **$ —** | **$ —** |
| **800 642-9193** | | | | | | | |
| Interstate | 1 | ---- | ---- | ---- | ---- | ---- | ---- |
| **Total** | **1** | **—** | **—** | **$ —** | **$ —** | **$ —** | **$ —** |
| | | | | | | | |
| Total | 21 | ---- | ---- | $ ---- | $ ---- | $ ---- | $ ---- |
| Inbound Dial - AT&T Partial Connect | | | | | | | |
| **800 295-6994** | | | | | | | |
| Canada | 492 | ---- | ---- | $ ---- | $ ---- | $ ---- | $ ---- |
| Interstate | 1,277 | ---- | ---- | ---- | ---- | ---- | ---- |
| IntraLATA | 3 | ---- | ---- | ---- | ---- | ---- | ---- |
| Intrastate | 112 | ---- | ---- | ---- | ---- | ---- | ---- |
| **Total** | **1,884** | **—** | **—** | **$ —** | **$ —** | **$ —** | **$ —** |
| **800 642-9193** | | | | | | | |
| Canada | 3 | ---- | ---- | ---- | ---- | ---- | ---- |
| Interstate | 62 | ---- | ---- | ---- | ---- | ---- | ---- |
| IntraLATA | 1 | ---- | ---- | ---- | ---- | ---- | ---- |
| Intrastate | 2 | ---- | ---- | ---- | ---- | ---- | ---- |
| **Total** | **68** | **—** | **—** | **$ —** | **$ —** | **$ —** | **$ —** |
| | | | | | | | |
| Total | 1,952 | ---- | ---- | $ ---- | $ ---- | $ ---- | $ ---- |
| **TOTAL** | **1,973** | **—** | **—** | **$ —** | **$ —** | **$ —** | **$ —** |

[1]Incomplete Calls (such as Busy or Ring No Answer) are not billed.

 **AT&T**

**HEDSTROM CORPORATION**

| | |
|---|---|
| **Account Number:** | **171-784-8170 564** |
| Invoice Number: | 9160613000 |
| Bill Period: | Sep 11 - Oct 10, 2005 |
| **Invoice Date:** | **Oct 11, 2005** |
| For Customer Care: | 1 800 358-1111 |

Page  17

# INVENTORY REPORT

| Group Number | Description | Address |
|---|---|---|

**GROUP #:  000001**                     Bedford PA

**SUBACCOUNT #: 186-571-2323 762**                     SUNNYSIDE RD OFF RTE 220
BEDFORD, PA 15522

Routing Arrangement:  01
Toll-Free # -: 95-800-233-3271

Toll-Free # -: 95-800-934-3949

Toll Free #:    196 009-1629

Toll Free #:    196 009-1685

Toll Free #:    800 233-3271

Toll Free #:    800 233-3271

Toll Free #:    800 295-6994

Toll Free #:    800 453-7077

Toll Free #:    800 642-9193

Toll Free #:    800 841-4351

Toll Free #:    800 934-3949

Toll Free #:    800 934-3949

1      All Switched Outbound Lines Include CLC Surcharge



**HEDSTROM CORPORATION**
432 SUNNYSIDE
BEDFORD,PA,15522

| | |
|---|---|
| **Account Number:** | **171-784-8170 564** |
| Invoice Number: | 0975303000 |
| Bill Period: | Oct 11  - Nov 10, 2005 |
| **Invoice Date:** | **Nov 11, 2005** |
| AT&T Tax ID: | 13-4924710 |

Page   1

## AT&T Business Services

**For Billing Inquiries:** 1 800 358-1111

### SUMMARY OF CHARGES

| | | |
|---|---|---|
| TOLL-FREE | $ | 228.19ì |
| REGULATORY/OTHER FEES | | 1.51 |
| **TOTAL CURRENT CHARGES** | **$** | **226.68ì** |

### ACCOUNT STATUS

| | | |
|---|---|---|
| PREVIOUS BALANCE | $ | 13,861.17 |
| TOTAL CURRENT CHARGES | | 226.68ì |

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE** | **$   13,634.49** | |
| **PAYMENT DUE DATE** | **UPON RECEIPT** | |

(These totals include all applicable charges, discounts, and taxes.)

### *** IMPORTANT NEWS ABOUT YOUR ACCOUNT ***

The **TOTAL DISCOUNT AMOUNT**   for your account is equal to     **$ 16.61.**

### ACCOUNT STATUS

If your business has been affected by Hurricane Katrina visit att.com/hurricanebillrelief for information on receiving hurricane billing relief.

*Important News Continued on page 3*

**PLEASE MAKE CHECKS PAYABLE TO AT&T AND INCLUDE YOUR ACCOUNT NUMBER ON PAYMENT.**
**PLEASE MAKE SURE THAT THE AT&T P.O. BOX ADDRESS IS SHOWING THROUGH THE ENVELOPE WINDOW.**

**AT&T**
Return Mail Center
PO BOX 16740
Mesa, AZ 85201

**TO ENSURE PROPER CREDIT, PLEASE DETACH**
**BOTTOM PORTION AND RETURN WITH REMITTANCE.**

---



If name, address, or telephone number has changed, please call Customer Care at  1 800 358-1111    or check box below and print new information on reverse side.

☐

| | |
|---|---|
| Account Number: | 171-784-8170 564 |
| Invoice Number: | 0975303000 |
| Invoice Date: | Nov 11, 2005 |
| Payment Due Date: | UPON RECEIPT |
| **Total Amount Due:** | **$   13,634.49** |
| **Amount Enclosed:** | **$** |

Please Send Payments to:

#BWNGHNK
#17178481705643#  000000000 0000000000  0000000000 N80

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**HEDSTROM CORPORATION**
Attn:  Nancy Harclerode
432 SUNNYSIDE
BEDFORD,PA,15522

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**AT&T**
P.O. Box 830120
Baltimore, MD 21283-0120

171784817056409753030000682000001363449000000000002

**HEDSTROM CORPORATION**

**AT&T**

---

**Please note only the items that have changed:**

Company Name _____

Attention _____

Street Address _____

City - State _____

Zip Code _____  Area Code and
Phone Number _____

**Has your business moved?**   Y _____ N _____   **Has ownership changed?**   Y _____ N _____

 **AT&T**

**HEDSTROM CORPORATION**

| | |
|---|---|
| **Account Number:** | **171-784-8170 564** |
| Invoice Number: | 0975303000 |
| Bill Period: | Oct 11  - Nov 10, 2005 |
| **Invoice Date:** | **Nov 11, 2005** |
| For Customer Care: | 1 800 358-1111 |

Page   3

# IMPORTANT NEWS ABOUT YOUR ACCOUNT

## ACCOUNT STATUS                              *(cont'd)*

This is your FINAL BILL. We have closed your account.

Thank you for using AT&T. We look forward to serving you again.

Late payment interest may be assessed on the past due balance. Provisions may vary by law by country or by state to comply with local regulations.

A fee may be assessed for restoration of service if delinquency caused the interruption.

## JUST FOR YOUR BUSINESS

Make a statement - by not receiving one. View and download your bill details electronically via View Bills from the BusinessDirect website! This state-of-the-art online bill provides all the information that is necessary to manage your business. Pay, view and download your bill, in one easy step ... and it's FREE! For access to BusinessDirect, and View Bills, Please contact your Account Executive.

## REGULATORY NEWS

You are requested to provide in writing to AT&T, within six months of the date of this bill (unless a shorter period applies under your contract), any dispute with respect to the charges on this bill.

If you receive service pursuant to a signed contract or other term agreement with AT&T and it is currently in effect, its terms will govern the provision of your AT&T service.

AT&T's standard contract for detariffed services not covered by a signed contract or term agreement, including expired contracts or term plans that are not renewed, can be found at: http://www.att.com/business/agreement. Important limits of liability apply, including: AT&T is not liable for indirect or consequential damages (such as your lost profits or other economic loss), and direct damages during any 12 months cannot exceed one month of your payments for affected service.

Additional terms, conditions, charges and price change information for all detariffed business services can be viewed at http://www.att.com/serviceguide/business. If you do not have access to the Internet, please contact your AT&T Sales Representative or Customer Care Center for information.

Federal regulation requires AT&T to inform our valued customers that basic local services will not be disconnected for the non-payment of your non-regulated service charges. To avoid collection activity, please remember to pay all charges by the due date.

In addition, you may experience disconnection of your basic local service if payment is not received for the Long Distance portion of your bill except in the following states: Alabama, Arizona, California, Colorado, Hawaii, Idaho, Indiana, Iowa, Maryland, Michigan, Minnesota, Missouri, New Mexico, New York, New Jersey, North Carolina, North Dakota, Ohio, Oklahoma, Pennsylvania, Texas, Utah, Vermont, Virginia, Washington.

Connecticut Customers only: You may experience disconnection of your basic local service for the non-payment of Dial Tone and Directory Listing charges on your bill.

If your questions are not resolved after you have called AT&T, customers may call the Public Utilities Commission of Ohio (PUCO), toll free at 1-800-686-7826 or 1-614-466-3292, or for TDD/TTY toll free at 1-800-686-1570 or 1-614-466-8180, from 8:00 A.M. to 5:30 P.M. weekdays, *or* visit the PUCO website at http://www.puco.ohio.gov

*Thank You For Choosing AT&T Where Every Customer Counts!*

 **AT&T**

Billing detail continues on next page.

 **AT&T**

**HEDSTROM CORPORATION**

| | |
|---|---|
| **Account Number:** | **171-784-8170 564** |
| Invoice Number: | 0975303000 |
| Bill Period: | Oct 11 - Nov 10, 2005 |
| **Invoice Date:** | **Nov 11, 2005** |
| For Customer Care: | 1 800 358-1111 |

Page  **5**

## SUMMARY OF CURRENT CHARGES

| Description | Usage Charges [A] | Charges & Credits [B] | Discounts[1] [C] | Taxes, Fees, & Surcharges [D] | Total [A+B+C+D] |
|---|---|---|---|---|---|
| **TOLL-FREE** | | | | | |
| Dedicated Toll-Free | $    30.50 | $   213.33ì | $   16.61ì | $    28.75ì | $   228.19ì |
| **TOTAL** | $    30.50 | $   213.33ì | $   16.61ì | $    28.75ì | $   228.19ì |
| **REGULATORY/OTHER FEES** | | | | | |
| Regulatory/Other Fees - Federal | $    ---- | $     1.41 | $    ---- | $     0.10 | $     1.51 |
| **TOTAL** | $    ---- | $     1.41 | $    ---- | $     0.10 | $     1.51 |
| **TOTAL** | $    30.50 | $   211.92ì | $   16.61ì | $    28.65ì | $   226.68ì |

[1] Please refer to the Discount reports for more information about the Discount Plans.

Usage Charges and Charges & Credits columns contain pre-discounted charges.

**AT&T**

**HEDSTROM CORPORATION**

**Account Number:**   171-784-8170 564
Invoice Number:      0975303000
Bill Period:         Oct 11  - Nov 10, 2005
**Invoice Date:**    **Nov 11, 2005**
For Customer Care:   1 800 358-1111

Page   6

# QUICK GLANCE
## Summary of Group Charges

| QUICK SUMMARY | |
|---|---|
| Group 000001 Bedford PA | 226.68ì |
| **Total** | $    226.68ì |

| Description | Usage Charges[1] [A] | Charges & Credits[2] [B] | Discounts[3] [C] | Taxes, Fees, & Surcharges [D] | Total [A+B+C+D] |
|---|---|---|---|---|---|
| **GROUP #: 000001 *Bedford PA*** | | | | | |
| **186-571-2323 762** | | | | | |
| Dedicated Toll-Free | $   30.50 | $   213.33ì | $   16.61ì | $   28.75ì | $   228.19ì |
| Regulatory/Other Fees - Federal | ---- | 1.41 | ---- | 0.10 | 1.51 |
| **TOTAL** | $   30.50 | $   211.92ì | $   16.61ì | $   28.65ì | $   226.68ì |

[1] Usage Charges column contains pre-discounted charges.
[2] Charges & Credits column contains pre-discounted charges and includes recurring, one-time and prorated charges generated on a monthly basis.
[3] Please refer to the Discount reports for more information about the Discount Plans.



**HEDSTROM CORPORATION**

| | |
|---|---|
| **Account Number:** | **171-784-8170 564** |
| Invoice Number: | 0975303000 |
| Bill Period: | Oct 11  - Nov 10, 2005 |
| **Invoice Date:** | **Nov 11, 2005** |
| For Customer Care: | 1 800 358-1111 |

Page  7

# DISCOUNT SUMMARY - GROUP

### SUMMARY BY PLAN

| Description | Charges Eligible for Discount [1] | Discounts |
|---|---|---|
| ABN Interstate | $      10.02 | $      6.61ì |
| ABN Intrastate | 0.24 | 0.08ì |
| ABN International | 20.24 | 9.92ì |
| **Total** | | **$      16.61ì** |

| Description | Charges Eligible for Discount [A] | Effective Discount % [B] | Discounts [A*B] |
|---|---|---|---|
| **GROUP #:  000001  *Bedford PA*** | | | |
| **SUBACCOUNT #:   186-571-2323 762** | | | |
| **Dedicated Toll-Free** | | | |
| Monthly Growth Incentive | $      30.74 | ---- | $      ---- |
| ABN Intrastate | 0.24 | 33.33000 % | 0.08ì |
| ABN International | 20.24 | 49.01000 % | 9.92ì |
| ABN Interstate | 10.02 | 65.97000 % | 6.61ì |
| **TOTAL** | | | **$      16.61ì** |

[1] This column cannot be totaled since multiple discount plans can be applied to the same charge.

**AT&T**

HEDSTROM CORPORATION

| | |
|---|---|
| **Account Number:** | **171-784-8170 564** |
| Invoice Number: | 0975303000 |
| Bill Period: | Oct 11  - Nov 10, 2005 |
| **Invoice Date:** | **Nov 11, 2005** |
| For Customer Care: | 1 800 358-1111 |

Page  8

# SUMMARY BY SUBACCOUNT

| Subaccount/ Service Information [1] | Total Units | Duration [MM:SS] | Post-Discounted Charges [A] | Taxes, Fees, & Surcharges [B] | Total [A+B] |
|---|---|---|---|---|---|
| **GROUP #:  000001  *Bedford PA*** | | | | | |
| **SUBACCOUNT #:  186-571-2323 762** | | | | | |
| **Dedicated Toll-Free** | | | | | |
| Recurring, One-Time and Prorated Charges | | | | | |
|     Prorated Charges | ---- | ---- | $    213.33i | $    30.83i | $    244.16i |
| Total Recurring, One-Time and Prorated Charges | | | $    213.33i | $    30.83i | $    244.16i |
| | | | | | |
| Usage Charges | | | | | |
|     Inbound Dial - AT&T Partial Connect | 190 | 122:57 | $    13.89 | $    2.08 | $    15.97 |
| Total Usage Charges | | | $    13.89 | $    2.08 | $    15.97 |
| | | | | | |
| **Total  Dedicated Toll-Free** | | | $    199.44i | $    28.75i | $    228.19i |
| | | | | | |
| **Regulatory/Other Fees - Federal** | | | | | |
|     Regulatory/Other Fees - Interstate/ International | ---- | ---- | $    1.41 | $    0.10 | $    1.51 |
| **Total  Regulatory/Other Fees - Federal** | | | $    1.41 | $    0.10 | $    1.51 |
| | | | | | |
| **TOTAL   186-571-2323 762** | | | $    198.03i | $    28.65i | $    226.68i |

[1] There will be no Account Level or Group Level charges listed in this section.

 **AT&T**

**HEDSTROM CORPORATION**

| | |
|---|---|
| **Account Number:** | **171-784-8170 564** |
| Invoice Number: | 0975303000 |
| Bill Period: | Oct 11  - Nov 10, 2005 |
| **Invoice Date:** | **Nov 11, 2005** |
| For Customer Care: | 1 800 358-1111 |

Page   9

# USAGE SUMMARY - GROUP

| SUMMARY OF AT&T CONNECTED USAGE | | | | | |
|---|---|---|---|---|---|
| | Total Calls | Total Duration | % Calls Fully AT&T Network Connected | % Calls Partially AT&T Network Connected | % Calls Non AT&T Network Connected |
| Group #:  000001 | | | | | |
| Subaccount #:  186-571-2323 762 | 190 | 122:57 | 0 % | 100% | 0 % |

| Description | Complete Calls [1,3] | Duration (MM:SS) [3] | Pre-Discounted Charges | Post-Discounted Charges [2] | Taxes, Fees, & Surcharges [B] | Total [A+B] |
|---|---|---|---|---|---|---|
| **GROUP #:  000001  *Bedford PA*** | | | | | | |
| **SUBACCOUNT #:  186-571-2323 762** | | | | | | |
| | | | | | | |
| **Routing Arrangement:  01** | | | | | | |
| **Dedicated Toll-Free** | | | | | | |
| Inbound Dial - AT&T Full Connect | | | | | | |
| Interstate | | | | | | |
| Day | ---- | ---- | $    ---- | $    ---- | $    ---- | $    ---- |
| Total | ---- | ---- | $    ---- | $    ---- | $    ---- | $    ---- |
| Inbound Dial - AT&T Partial Connect | | | | | | |
| Canada | | | | | | |
| Day | 31 | 32:42 | $  18.14 | $  9.25 | $  1.38 | $  10.63 |
| Evening | 3 | 2:25 | 1.34 | 0.68 | 0.10 | 0.78 |
| Night / Weekend | 1 | 1:23 | 0.76 | 0.39 | 0.06 | 0.45 |
| Interstate | | | | | | |
| Day | 149 | 83:27 | 10.02 | 3.41 | 0.51 | 3.92 |
| Intrastate | | | | | | |
| Day | 6 | 3:00 | 0.24 | 0.24 | 0.03 | 0.27 |
| Disc Alloc to Interstate | ---- | ---- | ---- | 0.08I | ---- | 0.08I |
| Total | 190 | 122:57 | $  30.50 | $  13.89 | $  2.08 | $  15.97 |
| **TOTAL** | **190** | **122:57** | **$  30.50** | **$  13.89** | **$  2.08** | **$  15.97** |

[1] For split rate period calls, the call is counted in the initial period.  Duration details for each rate period will be listed under that particular rate period.

[2] Intrastate tariff may not be applicable.  Credit will be applied to interstate.

[3] Wireless calls, which include both land and airtime charges, are reflected in the land portion of this section.

 **AT&T**

**HEDSTROM CORPORATION**

| | |
|---|---|
| Account Number: | **171-784-8170 564** |
| Invoice Number: | 0975303000 |
| Bill Period: | Oct 11  - Nov 10, 2005 |
| **Invoice Date:** | **Nov 11, 2005** |
| For Customer Care: | 1 800 358-1111 |

Page **10**

# CHARGES & CREDITS
## Recurring, One-Time and Prorated

### SUMMARY OF POST-DISCOUNTED CHARGES

| | Recurring Charges | One-Time Charges | Prorated Charges | Regulatory / Other Fees | Total Post-Discounted Charges[1] |
|---|---|---|---|---|---|
| | [A] | [B] | [C] | [D] | [A+B+C+D] |
| Group 000001 Bedford PA | 0.00 | 0.00 | 213.33i | 1.41 | 211.92i |
| **Total** | $ 0.00 | $ 0.00 | $ 213.33i | $ 1.41 | $ 211.92i |

| # | Description | Pre-Discounted Charges | Post-Discounted Charges [A] | Taxes, Fees & Surcharges [B] | Total [A+B] |
|---|---|---|---|---|---|

**GROUP #:   000001  Bedford PA**

**SUBACCOUNT #:  186-571-2323 762**

**Regulatory/Other Fees - Federal**
Regulatory/Other Fees - Interstate/ International

| # | Description | | Pre-Disc | Post-Disc | Taxes | Total |
|---|---|---|---|---|---|---|
| 1 | Universal Connectivity Charge - International<br>Charges Eligible: $   10.32   x Percent:  10.17 % | | $   1.05 | $   1.05 | $   0.10 | $   1.15 |
| 2 | Administrative Expense Fee - International<br>Charges Eligible: $   10.32   x Percent:  0.87 % | | 0.09 | 0.09 | ---- | 0.09 |
| 3 | Property Tax Allotment - International<br>Charges Eligible: $   10.32   x Percent:  1.45 % | | 0.15 | 0.15 | ---- | 0.15 |
| 4 | Federal Regulatory Fee - International<br>Charges Eligible: $   10.32   x Percent:  1.16 % | | 0.12 | 0.12 | ---- | 0.12 |

Routing Arrangement:  01

**Dedicated Toll-Free**
Prorated Charges
Service Order:    D21878793C                              Order Date:  08-10-2005
                                                         Completion Date:  09-06-2005

| 5 | Monthly Service<br>Prorated from 09-07-2005 thru 11-10-2005<br>Quantity: 1.00   x Price: $   100.00i   x Factor:  02.133333 | $  213.33i | $  213.33i | $  30.83i | $  244.16i |
|---|---|---|---|---|---|

| Total  01 | | $  213.33i | $  213.33i | $  30.83i | $  244.16i |
|---|---|---|---|---|---|

| **TOTAL** | | $  211.92i | $  211.92i | $  30.73i | $  242.65i |
|---|---|---|---|---|---|

[1] Total Post-Discounted charges does not include taxes.

 **AT&T**

**HEDSTROM CORPORATION**

| | |
|---|---|
| **Account Number:** | **171-784-8170 564** |
| Invoice Number: | 0975303000 |
| Bill Period: | Oct 11 - Nov 10, 2005 |
| **Invoice Date:** | **Nov 11, 2005** |
| For Customer Care: | 1 800 358-1111 |

Page  11

# TAXES, FEES, & SURCHARGES

| # | Description | Federal Excise Tax [A] | State Taxes [B] | County Taxes [C] | Local Taxes [D] | Other Fees & Surcharges [E] | Total [A+B+C+D+E] |
|---|---|---|---|---|---|---|---|
| **GROUP #:   000001   *Bedford PA*** | | | | | | | |
| **SUBACCOUNT #:  186-571-2323 762** | | | | | | | |
| | **Dedicated Toll-Free** | | | | | | |
| 1 | FEDERAL EXCISE TAX | $    6.24) | $    ---- | $    ---- | $    ---- | $    ---- | $    6.24) |
| 2 | PENNSYLVANIA | ---- | 12.54) | ---- | ---- | ---- | 12.54) |
| 3 | PA/PA GRT SRCHG INTRASTATE | ---- | 0.01 | ---- | ---- | ---- | 0.01 |
| 4 | PA/PA GRT SRCHG INTERSTATE | ---- | 9.98) | ---- | ---- | ---- | 9.98) |
| | **Total Dedicated Toll-Free** | **$    6.24)** | **$    22.51)** | **$    ----** | **$    ----** | **$    ----** | **$    28.75)** |
| | **Regulatory/Other Fees - Federal** | | | | | | |
| 5 | FEDERAL EXCISE TAX | $    0.02 | $    ---- | $    ---- | $    ---- | $    ---- | $    0.02 |
| 6 | PENNSYLVANIA | ---- | 0.04 | ---- | ---- | ---- | 0.04 |
| 7 | PA/PA GRT SRCHG INTERSTATE | ---- | 0.04 | ---- | ---- | ---- | 0.04 |
| | **Total Regulatory/Other Fees - Federal** | **$    0.02** | **$    0.08** | **$    ----** | **$    ----** | **$    ----** | **$    0.10** |
| | **TOTAL** | **$    6.22)** | **$    22.43)** | **$    ----** | **$    ----** | **$    ----** | **$    28.65)** |

 **AT&T**

**HEDSTROM CORPORATION**

| | |
|---|---|
| **Account Number:** | **171-784-8170 564** |
| Invoice Number: | 0975303000 |
| Bill Period: | Oct 11  - Nov 10, 2005 |
| **Invoice Date:** | **Nov 11, 2005** |
| For Customer Care: | 1 800 358-1111 |

Page  **12**

# INTERNATIONAL USAGE SUMMARY

| SUMMARY BY COUNTRY | | | |
|---|---|---|---|
| | Complete Calls | Duration | Post-Discounted Charges |
| Canada | 35 | 36:30 | $    10.32 |
| **Total** | **35** | **36:30** | $      **10.32** |

| Rate Period | Complete Calls [1] | Duration (MM:SS) [A] | Pre-Discounted Charges | Post-Discounted Charges [B] | Average Cost Per Minute [2] [B/A] |
|---|---|---|---|---|---|
| **GROUP #:  000001  *Bedford PA*** | | | | | |
| **CANADA** | | | | | |
| **Dedicated Toll-Free** | | | | | |
| Day | 31 | 32:42 | $      18.14 | $      9.25 | $   0.2829 |
| Evening | 3 | 2:25 | 1.34 | 0.68 | 0.2814 |
| Night / Weekend | 1 | 1:23 | 0.76 | 0.39 | 0.2819 |
| **TOTAL** | **35** | **36:30** | $      **20.24** | $      **10.32** | $      **—** |

[1] For split rate period calls, the call is counted in the initial period.  Duration details for each rate period will be listed under that particular rate period.

[2] Average Cost Per Minute is Post-Discounted Charges divided by Duration (excluding usage with no duration).

This section does not include Non AT&T carried Wireless calls.

 **AT&T**

**HEDSTROM CORPORATION**

| | |
|---|---|
| Account Number: | **171-784-8170 564** |
| Invoice Number: | 0975303000 |
| Bill Period: | Oct 11  - Nov 10, 2005 |
| **Invoice Date:** | **Nov 11, 2005** |
| For Customer Care: | 1 800 358-1111 |

Page  13

# USAGE SUMMARY - TOLL-FREE NUMBER

| | | SUMMARY OF USAGE BY TOLL-FREE NUMBER | | | | | |
|---|---|---|---|---|---|---|---|
| | Complete Calls | Duration | Average Length of Calls | Post-Discounted Charges [A] | | Taxes, Fees, and Surcharges [B] | Total [A+B] |
| 800 295-6994 | 175 | 114:46 | 0:39 | $ | 13.42 | $ 2.01 | $ 15.43 |
| 800 642-9193 | 15 | 8:11 | 0:32 | | 0.47 | 0.07 | 0.54 |
| **Total** | **190** | **122:57** | **—** | **$** | **13.89** | **$ 2.08** | **$ 15.97** |

| Description | Incomplete Calls[1] | Complete Calls | Duration (MM:SS) | Pre-Discounted Charges | Post-Discounted Charges [A] | Taxes, Fees, and Surcharges [B] | Total [A+B] |
|---|---|---|---|---|---|---|---|
| **GROUP #:  000001  *Bedford PA*** | | | | | | | |
| **SUBACCOUNT #:  186-571-2323 762** | | | | | | | |
| | | | | | | | |
| **Routing Arrangement:  01** | | | | | | | |
| **Dedicated Toll-Free** | | | | | | | |
| Inbound Dial - AT&T Full Connect | | | | | | | |
| **800 642-9193** | | | | | | | |
| Interstate | 1 | ---- | ---- | $  ---- | $  ---- | $  ---- | $  ---- |
| Total | 1 | ---- | ---- | $  ---- | $  ---- | $  ---- | $  ---- |
| Inbound Dial - AT&T Partial Connect | | | | | | | |
| **800 295-6994** | | | | | | | |
| Canada | 169 | 34 | 36:00 | $ 19.96 | $ 10.18 | $ 1.52 | $ 11.70 |
| Interstate | 660 | 137 | 76:46 | 9.22 | 3.13 | 0.47 | 3.60 |
| Intrastate | 7 | 4 | 2:00 | 0.16 | 0.11 | 0.02 | 0.13 |
| Total | 836 | 175 | 114:46 | $ 29.34 | $ 13.42 | $ 2.01 | $ 15.43 |
| **800 642-9193** | | | | | | | |
| Canada | 3 | 1 | 0:30 | 0.28 | 0.14 | 0.02 | 0.16 |
| Interstate | 67 | 12 | 6:41 | 0.80 | 0.28 | 0.04 | 0.32 |
| Intrastate | 4 | 2 | 1:00 | 0.08 | 0.05 | 0.01 | 0.06 |
| Total | 74 | 15 | 8:11 | $ 1.16 | $ 0.47 | $ 0.07 | $ 0.54 |
| Total | 910 | 190 | 122:57 | $ 30.50 | $ 13.89 | $ 2.08 | $ 15.97 |
| **TOTAL** | **911** | **190** | **122:57** | **$ 30.50** | **$ 13.89** | **$ 2.08** | **$ 15.97** |

[1]Incomplete Calls (such as Busy or Ring No Answer) are not billed.