## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**HEDSTROM CORPORATION**, *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>Case No. 04-38543<br>(Jointly Administered)<br><br>Hon. Jack B. Schmetterer<br><br>Hearing Date: April 26, 2006<br>Hearing Time: 10:00 a.m. |

### NOTICE OF MOTION

TO:    See Attached Service List

**PLEASE TAKE NOTICE** that on **April 26, 2006 at 10:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Jack B. Schmetterer**, Bankruptcy Judge, in the room usually occupied by him (Room 682) as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing bankruptcy motions, and shall then and there present the First and Final Application of Richards, Layton & Finger, P.A., As Counsel for the Hedstrom Companies for Allowance of Compensation and Reimbursement of Expenses, Limited Notice and Related Relief, a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleading.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

> Steven B. Towbin (#2848546)
> Patick A. Clisham (#6277264)
> Shaw Gussis Fishman Glantz
>   Wolfson & Towbin LLC
> 321 North Clark Street, Suite 800
> Chicago, IL 60610
> (312) 980-3836 telephone
> (312) 275-0584 facsimile

### CERTIFICATE OF SERVICE

Patrick A. Clisham certifies that he caused to be served a true copy of the above and foregoing notice and attached pleadings upon the attached Service List by e-mail on this 4th day of April, 2006.

RLF1-2984188-5

# HEDSTROM CORPORATION
## OFFICIAL SERVICE LIST

B. B. Tuley
Garl L. Tyer
Hedstrom Corporation
P.O. Box 469
Highland Park, IL 60035
Phone:   224-625-8882
Fax:        847-259-6540
bbtuley@cs.com
tycoglt@aol.com

Kathryn Marie Gleason
Office of the U.S. Trustee
227 West Monroe St., Suite 3350
Chicago, IL 60606
Phone:   312-886-3327
Fax:        312-886-5794
Kathryn.M.Gleason@usdoj.gov

### *Counsel for Congress Financial*

Alan P. Solow
Dimitri Karcazes
Shira Roth
Goldberg Kohn Bell Black
   Rosenbloom & Moritz, Ltd.
55 East Monroe St., Suite 3700
Chicago, IL 60603
Phone:   312-201-4000
Fax:        312-332-2196
Alan.Solow@goldbergkohn.com
dimitri.karcazes@goldbergkohn.com
shira.roth@goldbergkohn.com

### *Counsel for Term Lenders Credit Suisse*

Scott K. Charles
Joshua A. Feltman
Wachtell Lipton Rosen & Katz
51 West 52nd St.
New York, NY 10019
Phone:   212-403-1000
Fax:        212-403-2000
skcharles@wlrk.com
JAFeltman@wlrk.com

### *Counsel for Term Lenders Credit Suisse*

William J. Barrett
Kimberly J. Robinson
Barack Ferrazzano Kirschbaum
   Perlman & Nagelberg LLP
333 West Wacker Dr., Suite 2700
Chicago, IL 60606
Phone:   312-629-5170
Fax:        312-984-3150
william.barrett@bfkpn.com
kim.robinson@bfkpn.com

### *Counsel for Creditors' Committee*

David M. Neff
Deborah M. Gutfeld
DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle St.
Chicago, IL 60601-1293
Phone:   312-368-4000
Fax:        312-236-7516
david.neff@dlapiper.com
deborah.gutfeld@dlapiper.com

### *Counsel for J.P. Morgan Trust Company*

Eric A. Schaffer
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Phone:   412-288-4202
Fax:        412-288-3063
eschaffer@reedsmith.com

### *Hedstrom Claims Agent*

TAE Services LLC
P.O. Box 580387
Pleasant Prairie, WI 53158
Fax:        203-413-3305
golf365@msn.com

***Counsel for Creditor Brown Shoe Company, Inc.***

Lloyd A. Palans
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Phone:   314-259-2000
Fax:       314-259.2020
lapalans@bryancave.com

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>HEDSTROM CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 04-38543<br>(Jointly Administered)<br><br>Hon. Jack B. Schmetterer<br><br>Hearing Date:<br>Hearing Time: |

### FIRST AND FINAL FEE APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. AS SPECIAL BANKRUPTCY COUNSEL FOR THE HEDSTROM COMPANIES FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, LIMITED NOTICE AND RELATED RELIEF

Richards, Layton & Finger, P.A. ("RLF") hereby applies to this Court pursuant to 11 U.S.C. §§ 330 and 331, Rules 2002(a)(6), 2016(a), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1 for the allowance of $23,691.50 in compensation for 89.5 hours of professional services rendered as counsel to Hedstrom Corporation and certain of its affiliated debtors, for the period beginning May 19, 2005 through and including March 3, 2006 (the "Application Period"), and the reimbursement of $1,044.20 for actual costs incurred incident to those services. In addition, RLF requests that additional notice to all creditors of the hearing on this application (the "Application") be waived. In support of this Application, RLF states as follows:

### BACKGROUND[2]

1. On April 11, 2000, Hedstrom Holdings, Inc., Hedstrom Corporation, ERO, Inc., ERO Industries, Inc., ERO Marketing, Inc., Priss Prints, Inc., Impact, Inc., ERO Canada, Inc and

---

[1] The Debtors are: Hedstrom Corporation; Ero, Inc.; Ero Industries, Inc.; Ero Canada, Inc.; and Priss Prints, Inc.

[2] This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

RLF1-2984188-5

AMAV Industries, Inc. (the "Delaware Debtors") commenced bankruptcy proceedings in United States Bankruptcy Court for the District of Delaware (the "Delaware Bankruptcy Court") by filing voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2. On May 31, 2001, the Delaware Bankruptcy Court entered an order approving the Delaware Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (the "Plan") and accompanying disclosure statement (the "Disclosure Statement") and finding that the Disclosure Statement contained adequate information under section 1125 of the Bankruptcy Code. On July 17, 2001, the Delaware Bankruptcy Court entered an order confirming the Plan. The Plan went effective on August 1, 2001.

3. Following confirmation of the Plan, the Delaware Debtors emerged out of chapter 11 and worked to continue the business as a viable going concern by adhering to a new business plan and strategy. The new business plan, in part, aimed to resolve operational difficulties, diversify its customer base and become more competitive in the marketplace by improving design, quality, customer service and other areas of the business. Despite such efforts, the Delaware Debtors continued to incur large operating losses and experience increasing cash flow constraints. The highly competitive market and a general decline in the United States economy substantially contributed to the Delaware Debtors' financial difficulties. Due to these and other conditions, the Delaware Debtors' financial strength deteriorated and its operating flexibility eroded accordingly.

4. On October 18, 2004, Hedstrom Corporation, ERO, Inc., ERO Industries, Inc., ERO Canada, Inc. and Priss Prints, Inc. (the "Debtors") commenced a second set of cases (the "Illinois Cases") by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code

with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division. Hedstrom Holdings, Inc., ERO Marketing, Inc. and Amav Industries, Inc. are not debtors in the Illinois Cases.

## RETENTION OF RLF

5. On July 21, 2005, the Debtors applied to this Court for an order approving the retention of RLF as their special bankruptcy counsel to assist the Debtors in closing the remaining Delaware cases.

6. On July 25, 2005, this Court approved the retention of RLF as special bankruptcy counsel to the Debtors under the terms set forth in the application (the "Retention Order"). The Retention Order which is attached hereto as Exhibit A, authorized RLF to seek compensation and reimbursement of expenses pursuant to this Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated October 29, 2004 [Docket No. 66].

## SERVICES RENDERED BY RLF

7. Throughout the Application Period, RLF rendered in excess of 82.9 hours of legal and paraprofessional services to the Debtors having an aggregate value of $21,874.50, for an average hourly rate of approximately $263.87. RLF provided professional services to the Debtors with respect to the Delaware Cases, including closing those cases. Attached hereto for the convenience of the Court as Exhibit B is a detailed statement of the services rendered by RLF's professionals, including the amounts of time spent thereon and the billing rates of RLF's professionals.

8. In an effort to provide the Court and parties in interest with understandable information concerning the amount and nature of RLF's services during the Application Period,

and in compliance with Local Bankruptcy Rule 5082-1, RLF has classified its services into nine (9) separate categories of services as follows:

| Description | Total Hours | Total Fees Incurred |
|---|---|---|
| Case Administration (A) | 43.1 | $12,185.50 |
| Meetings (C) | 0.2 | $65.00 |
| Plan of Reorganization/Disclosure Statement (F) | 0.2 | $31.00 |
| Claims Administration (I) | 1.5 | $232.50 |
| Court Hearings (J) | 26.9 | $6,761.50 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 3.9 | $1,199.50 |
| RL&F Retention (Q-1) | 0.8 | $124.00 |
| RL&F Fee Applications (R-1) | 6.3 | $1,275.50 |
| **TOTAL** | **82.90** | **$21,874.50** |

9. The following is a separate description of each category, which generally describes the tasks performed. The final billing report provided to the Debtors, this Court and other parties entitled to notice thereof provide: (a) detailed descriptions of all services rendered in each of the above categories and (b) the timekeeper, date and amount of time expended in each category.

A. <u>Case Administration/Miscellaneous Matters</u> (Billing Subcode A)

Fees: $12,185.50; Total Hours: 43.1

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, review of work in process reports, review of notices of appearance and maintaining service lists.

B. <u>Meetings</u> (Billing Subcode C)

Fees: $65.00; Total Hours: 0.2

RLF1-2984188-5                                                    4

This category includes all matters related to preparing for and attending meetings with Debtors, the creditors' committees, individual creditors, the U.S. Trustee and co-counsel.

C. <u>Plan of Reorganization/Disclosure Statement</u> (Billing Subcode F)

Fees: $31.00; Total Hours: 0.2

This category includes all matters related to review, formulation, negotiation, preparation and promulgation of plans of reorganization, disclosure statements, and related corporate documentation and research relating thereto.

D. <u>Claims Administration</u> (Billing Subcode I)

Fees: $232.50; Total Hours: 1.5

This category includes all matters related to and including claims administration matters and bar date matters, including claims objections and related contested matters.

E. <u>Court Hearings</u> (Billing Subcode J)

Fees: $6,761.50; Total Hours: 26.9

This category includes all matters relating to preparation for and attendance at court hearings.

F. <u>Schedules/SOFA/U.S. Trustee Reports</u> (Billing Subcode L)

Fees: $1,199.50; Total Hours: 3.9

This category includes preparation of schedules and amendments, statements of financial affairs and amendments, operating reports and other reports required by the U.S. Trustee or Bankruptcy Court.

G. <u>RL&F Retention</u> (Billing Subcode Q-1)

Fees: $124.00; Total Hours: 0.8

This category includes all matters related to preparation of applications to retain RL&F and supplements thereto.

H.  RL&F Fee Application (Billing Subcode R-1)

Fees: $1,275.50; Total Hours: 6.3

This category includes all time spent preparing, reviewing, filing, circulating and/or relating to monthly invoices and fee applications for RL&F.

Valuation of Services

10. Attorneys and paraprofessionals of RL&F have expended a total of 89.5 hours in connection with this matter during the Compensation Period, as follows:

| Attorneys | Hours | Hourly Rate |
|---|---|---|
| Mark D. Collins | 0.4 | $510.00 |
| Daniel DeFranceschi | 0.1 | $455.00 |
| Michael J. Merchant | 48.5 | $325.00 |
| Michael J. Merchant | 0.5 | $305.00 |
| Karen M. McKinley | 4.9 | $265.00 |

| Paraprofessionals | Hours | Hourly Rate |
|---|---|---|
| Aja E. McDowell | 0.1 | $155.00 |
| Alfonse J. Lugano | 2.5 | $155.00 |
| Amy L. Rude | 0.9 | $155.00 |
| Ann Jerominski | 1.7 | $155.00 |
| Heidi L. Parker | 21.5 | $155.00 |
| Tamara L. Moody | 1.4 | $155.00 |
| Tamara L. Moody | 0.4 | $140.00 |

The nature of the work performed by these persons is fully set forth in Exhibit B. These are RL&F's normal hourly rates for work of this character. The reasonable value of the services rendered by RL&F to the Debtors during the Compensation Period is $21,874.50.

11. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RLF is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services

rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

## ACTUAL AND NECESSARY EXPENSES

12. A summary of actual and necessary expenses and daily logs of expenses incurred by RLF during the Application Period is attached hereto as <u>Exhibit C</u>. The requested reimbursement amount for expenses incurred is $1,044.20. All of the expenses for which reimbursement is sought are expenses that RLF customarily recoups from all of its clients.

13. The specific expenses incurred during the Application Period for which reimbursement is requested are as follows:

| Category | Amount |
| --- | --- |
| Binding | $6.00 |
| Court Reporter Services | $125.52 |
| Document Retrieval | $183.06 |
| Commercial Messenger Delivery (e.g., Metro) | $157.60 |
| Long Distance Telephone/Teleconference | $104.94 |
| Photocopy/Printing<br>3,686 @ $.10/pg./113 @ $.05/pg. | $374.25 |
| Postage | $92.83 |
| **Total** | **$1,044.20** |

14. RLF charges all of its bankruptcy clients $.15 per page for photocopying expenses. RLF also charges all of its clients $1.00 per page for out-going facsimile transmissions. Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

15. RLF believes the foregoing rates are the market rates that the majority of law firms charges clients for such services. In addition, RLF believes that such charges are in

RLF1-2984188-5

7

accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges

### COMPLIANCE WITH 11 U.S.C. § 504

16. Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between RLF and any other firm, person or entity for the sharing of division of any compensation paid or payable to RLF.

### NOTICE

17. Notice of this Application has been provided to the (a) the Debtors; (b) the U.S. Trustee; (c) the Committee; (d) CSFB; and (e) other parties in interest entitled to notice thereof. Based on the extent of notice already provided, the interim nature of the relief requested and the costs and burdens of transmitting notice to all of the Debtors' creditors, RLF respectfully requests that additional notice of the hearing on this Application be waived for good cause shown pursuant to Rules 2006(a), 2002(i) and 9007 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, RLF requests the entry of an order, substantially in the form attached hereto, that:

(a) Allows RLF $21,874.50 in compensation for the Application Period beginning May 19, 2005 through and including March 3, 2006;

(b) Allows RLF $1,044.20 in expense reimbursement for the Application Period beginning May 19, 2005 through and including March 3, 2006;

(c) Waives other and further notice of the hearing with respect to this Application; and

(d) Provides RLF with such additional relief as may be appropriate and just under the circumstances.

Dated: March 31, 2006
Wilmington, Delaware

Respectfully submitted,

*/s/ Karen M. McKinley*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Karen M. McKinley (No. 4372)
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-661-7700
302-651-7701

Attorneys for Debtors