# **EXHIBIT A**

 **DLA PIPER**

**DLA Piper US LLP**
203 North LaSalle St., Suite 1900
Chicago, IL 60601-1293
**T** 312-368-4000
**F** 312-236-7516
**W** www.dlapiper.com

**PRIVILEGED AND CONFIDENTIAL**

Official Committee of Unsecured Creditors
Attn: Tom Hugar
Jia Choa International Co., Ltd.
No. 75 Changh-Hsing St.
Changhua,   R.O.C. Taiwan 500

September 11, 2006

D. Neff
Matter # 313384-000004
Invoice # 1872196

*For Professional Services Through **August 31, 2006***:

Client:   ***Official Committee of Unsecured Creditors***
Matter:   ***Avoidance Actions and Adversaries***
          ***(Matter No. 4)***

|  |  |  |
|---|---|---|
| Current Fees | $ | 510.00 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 510.00 |

Please send remittance to:    DLA Piper US LLP
                              5266 Paysphere Circle
                              Chicago, IL 60674

Or wire remittance to:        LaSalle Bank N.A.              *To ensure proper credit, please indicate the*
                              135 S.LaSalle Street           *invoice number you are paying on the wire*
                              Chicago, IL 60603
                              Account Name:
                              DLA Piper US LLP
                              Account #: 5800244054
                              ABA Transit # 071000505
                              Swift Code: LASLUS44

Law Firm Tax Identification Number:    52-0616490



D. Neff
Page: 2

Matter # 313384-000004
Invoice # 1872196

September 11, 2006

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 08/17/06 | Review various motions to compromise (Wal-Mart, Direct Air Distributing) (.3); corr. with P. Clisham re: same (.1). | Deborah M. Gutfeld | 0.40 |
| 08/22/06 | Review motion to pay preference recoveries to CS First Boston. | David Neff | 0.20 |
| 08/24/06 | Attend hearing regarding Motions to Compromise (Wal-Mart, Direct Air). | Deborah M. Gutfeld | 0.60 |
| | **Total Hours** | | **1.20** |
| | **Total Fees** | | **$510.00** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| David Neff | Partner | 0.20 | 550.00 | 110.00 |
| Deborah M. Gutfeld | Associate | 1.00 | 400.00 | 400.00 |
| **Totals** | | **1.20** | | **510.00** |

**Total Current Charges**     $        **510.00**



**DLA PIPER US LLP**
203 North LaSalle St., Suite 1900
Chicago, IL 60601-1293
T 312-368-4000
F 312-236-7516
W www.dlapiper.com

<u>PRIVILEGED AND CONFIDENTIAL</u>

Official Committee of Unsecured Creditors
Attn: Tom Hugar
Jia Choa International Co., Ltd.
No. 75 Changh-Hsing St.
Changhua,  R.O.C. Taiwan 500

November 9, 2006

D. Neff
Matter #  313384-000004
Invoice #  1904206

---

*For Professional Services Through **October 31, 2006***:

Client:  ***Official Committee of Unsecured Creditors***
Matter:  ***Avoidance Actions and Adversaries***
***(Matter No. 4)***

| | | |
|---|---|---|
| Current Fees | $ | 200.00 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 200.00 |

---

Please send remittance to:         DLA Piper US LLP
                                   5266 Paysphere Circle
                                   Chicago, IL 60674

Or wire remittance to:             LaSalle Bank N.A.                *To ensure proper credit, please indicate the*
                                   135 S.LaSalle Street            *invoice number you are paying on the wire*
                                   Chicago, IL 60603
                                   Account Name:
                                   DLA Piper US LLP
                                   Account #: 5800244054
                                   ABA Transit # 071000505
                                   Swift Code: LASLUS44
Law Firm Tax Identification Number:  52-0616490



Official Committee of Unsecured Creditors                                    D. Neff
Matter # 313384-000004                                                      Page: 2
Invoice # 1904206                                                    November 9, 2006

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 09/08/06 | Review Motion to Compromise preference claims. | Deborah M. Gutfeld | 0.20 |
| 10/09/06 | Review Motion to Compromise (Mac Steel) (.20); correspondence with D. Neff regarding same (.10). | Deborah M. Gutfeld | 0.30 |
| | **Total Hours** | | **0.50** |
| | **Total Fees** | | **$200.00** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Deborah M. Gutfeld | Associate | 0.50 | 400.00 | 200.00 |
| **Totals** | | **0.50** | | **200.00** |

**Total Current Charges**          $          200.00

# DLA PIPER

**DLA Piper US LLP**
203 North LaSalle St., Suite 1900
Chicago, IL 60601-1293
**T** 312-368-4000
**F** 312-236-7516
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

Official Committee of Unsecured Creditors
Attn: Tom Hugar
Jia Choa International Co., Ltd.
No. 75 Changh-Hsing St.
Changhua,   R.O.C. Taiwan 500

February 14, 2007

D. Neff
Matter #  313384-000004
Invoice #  1946851

---

*For Professional Services Through **January 31, 2007**:*

Client:      ***Official Committee of Unsecured Creditors***
Matter:     ***Avoidance Actions and Adversaries***
              ***(Matter No. 4)***

| | | |
|---|---|---|
| Current Fees | $ | 128.25 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 128.25 |

---

| | | |
|---|---|---|
| Please send remittance to: | DLA Piper US LLP<br>5266 Paysphere Circle<br>Chicago, IL 60674 | |
| Or wire remittance to: | LaSalle Bank N.A.<br>135 S.LaSalle Street<br>Chicago, IL 60603<br>Account Name:<br>DLA Piper US LLP<br>Account #: 5800244054<br>ABA Transit # 071000505<br>Swift Code: LASLUS44 | *To ensure proper credit, please indicate the invoice number you are paying on the wire* |
| Law Firm Tax Identification Number: | 52-0616490 | |


**DLA PIPER**

|  | D. Neff |
|---|---|
| Matter # 313384-000004 | Page: 2 |
| Invoice # 1946851 | February 14, 2007 |

**Fees:**

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 01/15/07 | Review preference compromise motion and corr. from M. Swanson re: same. | Deborah M. Gutfeld | 0.30 |
| | **Total Hours** | | **0.30** |
| | **Total Fees** | | **$128.25** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Deborah M. Gutfeld | Associate | 0.30 | 427.50 | 128.25 |
| **Totals** | | **0.30** | | **128.25** |

**Total Current Charges**      $            128.25

# **EXHIBIT B**



**DLA Piper US LLP**
203 North LaSalle St., Suite 1900
Chicago, IL 60601-1293
**T** 312-368-4000
**F** 312-236-7516
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

Official Committee of Unsecured Creditors
Attn: Tom Hugar
Jia Choa International Co., Ltd.
No. 75 Changh-Hsing St.
Changhua,   R.O.C. Taiwan 500

September 11, 2006

D. Neff
Matter # 313384-000006
Invoice # 1872195

*For Professional Services Through **August 31, 2006***:

*Client:*    ***Official Committee of Unsecured Creditors***
*Matter:*    ***Case Administration (Matter No. 6)***

| | | |
|---|---|---:|
| Current Fees | $ | 1,433.50 |
| Current Disbursements | $ | 12.30 |
| Total This Invoice | $ | 1,445.80 |

Please send remittance to:            DLA Piper US LLP
                                      5266 Paysphere Circle
                                      Chicago, IL 60674

Or wire remittance to:                LaSalle Bank N.A.                *To ensure proper credit, please indicate the*
                                      135 S.LaSalle Street            *invoice number you are paying on the wire*
                                      Chicago, IL 60603
                                      Account Name:
                                      DLA Piper US LLP
                                      Account #: 5800244054
                                      ABA Transit # 071000505
                                      Swift Code: LASLUS44
Law Firm Tax Identification Number:   52-0616490


**DLA PIPER**

Matter # 313384-000006
Invoice # 1872195

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 08/03/06 | Review revised/updated CSFB 507(b) information in connection with distribution of Bedford proceeds and correspond with P. Clisham/S. Towbin re: same. | Gutfeld, Deborah M. | 0.50 |
| 08/09/06 | Prepare for and attend hearing regarding distribution of funds. | Bredin, Ann Marie | 0.90 |
| 08/09/06 | Review corr. from A. Bredin re: hearing on distribution of Bedford assets (.2); review proposed order from P. Clisham (.2). | Gutfeld, Deborah M. | 0.40 |
| 08/17/06 | Review motion to settle with Wal-Mart (.10); exchange e-mails with D. Gutfield regarding fee petition. | Neff, David | 0.20 |
| 08/22/06 | Review Motion to Distribute Funds to CSFB (.20); various correspondence with P. Clisham and D. Neff regarding same (.20). | Gutfeld, Deborah M. | 0.40 |
| 08/23/06 | Meeting with D. Gutfeld regarding motion to pay preference proceeds to CSFB. | Neff, David | 0.20 |
| 08/23/06 | Review Shaw Gussis monthly fee statement (.20); conference with D. Neff regarding status and Motion to Distribute Funds (.20). | Gutfeld, Deborah M. | 0.40 |
| 08/24/06 | Attend hearing regarding Motion to Distribute Proceeds to CSFB and conference with K. Robinson regarding same. | Gutfeld, Deborah M. | 0.40 |
| | **Total Hours** | | **3.40** |
| | **Total Fees** | | **$1,433.50** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Neff, David | Partner | 0.40 | 550.00 | 220.00 |
| Bredin, Ann Marie | Associate | 0.90 | 415.00 | 373.50 |
| Gutfeld, Deborah M. | Associate | 2.10 | 400.00 | 840.00 |
| **Totals** | | **3.40** | | **1,433.50** |

**DLA PIPER**

Matter # 313384-000006
Invoice # 1872195

D. Neff
Page: 3
September 11, 2006

**Disbursements:**

| **Description** | **Amount** |
|-----------------|------------|
| Duplicating | 12.30 |

**Total Disbursements**          **$12.30**

**Total Current Charges**      **$      1,445.80**



**DLA Piper US LLP**
203 North LaSalle St., Suite 1900
Chicago, IL 60601-1293
**T** 312-368-4000
**F** 312-236-7516
**W** www.dlapiper.com

## PRIVILEGED AND CONFIDENTIAL

Official Committee of Unsecured Creditors                November 9, 2006
Attn: Tom Hugar
Jia Choa International Co., Ltd.                                    D. Neff
No. 75 Changh-Hsing St.                          Matter # 313384-000006
Changhua,   R.O.C. Taiwan 500                    Invoice # 1904205

---

*For Professional Services Through **October 31, 2006***:

Client:   ***Official Committee of Unsecured Creditors***
Matter:   ***Case Administration (Matter No. 6)***

| | | |
|---|---|---|
| Current Fees | $ | 1,275.00 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 1,275.00 |

---

| | | |
|---|---|---|
| Please send remittance to: | DLA Piper US LLP<br>5266 Paysphere Circle<br>Chicago, IL 60674 | |
| Or wire remittance to: | LaSalle Bank N.A.<br>135 S.LaSalle Street<br>Chicago, IL 60603<br>Account Name:<br>DLA Piper US LLP<br>Account #: 5800244054<br>ABA Transit # 071000505<br>Swift Code: LASLUS44 | *To ensure proper credit, please indicate the invoice number you are paying on the wire* |
| Law Firm Tax Identification Number: | 52-0616490 | |


**DLA PIPER**

Official Committee of Unsecured Creditors
Matter # 313384-000006
Invoice # 1904205

D. Neff
Page: 2
November 9, 2006

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 09/05/06 | Review and revise interim fee petition. | David Neff | 0.50 |
| 09/07/06 | Various correspondence with D. Neff and N. Taylor regarding cover sheet/filing (Fee Application). | Deborah M. Gutfeld | 0.20 |
| 09/28/06 | Review Order re: Interim Fee Application and calculate amounts owed (.5); corr. with D. Neff re: same (.1). | Deborah M. Gutfeld | 0.60 |
| 10/06/06 | Prepare final calculations regarding Third Interim Fee Application and prepare correspondence regarding payment of same (.40); review pro formas (October) (.30). | Deborah M. Gutfeld | 0.70 |
| 10/09/06 | Prepare correspondence to W. Rudes regarding payment of Third Interim Fee Application (.20); review accounting information regarding same (.20). | Deborah M. Gutfeld | 0.40 |
| 10/27/06 | Review updated docket and pleadings (.4); corr. with M. Swanson re: status (.2). | Deborah M. Gutfeld | 0.60 |
| | **Total Hours** | | **3.00** |
| | **Total Fees** | | **$1,275.00** |

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| David Neff | Partner | 0.50 | 550.00 | 275.00 |
| Deborah M. Gutfeld | Associate | 2.50 | 400.00 | 1,000.00 |
| **Totals** | | **3.00** | | **1,275.00** |

**Total Current Charges**           $           1,275.00

**DLA PIPER**

DLA Piper US LLP
203 North LaSalle St., Suite 1900
Chicago, IL 60601-1293
T 312-368-4000
F 312-236-7516
W www.dlapiper.com

<u>PRIVILEGED AND CONFIDENTIAL</u>

Official Committee of Unsecured Creditors
Attn: Tom Hugar
Jia Choa International Co., Ltd.
No. 75 Changh-Hsing St.
Changhua,   R.O.C. Taiwan 500

December 5, 2006

D. Neff
Matter # 313384-000006
Invoice # 1919708

---

*For Professional Services Through **November 30, 2006***:

Client:   **Official Committee of Unsecured Creditors**
Matter:   **Case Administration (Matter No. 6)**

| | | |
|---|---|---|
| Current Fees | $ | 760.00 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 760.00 |

---

Please send remittance to:   DLA Piper US LLP
5266 Paysphere Circle
Chicago, IL 60674

Or wire remittance to:   LaSalle Bank N.A.
135 S.LaSalle Street
Chicago, IL 60603
Account Name:
DLA Piper US LLP
Account #: 5800244054
ABA Transit # 071000505
Swift Code: LASLUS44

*To ensure proper credit, please indicate the
invoice number you are paying on the wire*

Law Firm Tax Identification Number:   52-0616490


DLA PIPER

Matter #  313384-000006

Invoice # 1919708

D. Neff
Page: 2
December 5, 2006

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 11/07/06 | Various corr. with F. Percival re: third interim fee application/payment (.2); review same (.2); review invoices for monthly fee statement (October) (.3); conf. with S. Towbin re: status of case/claim liquidation/preferences (.3). | Deborah M. Gutfeld | 1.00 |
| 11/21/06 | Review Motion to Sell Receivables and correspondence with D. Neff regarding same (.50); review Shaw Gussis monthly statement (October 2006) (.20). | Deborah M. Gutfeld | 0.70 |
| 11/29/06 | Correspondence with D. Neff regarding Motion to Sell Receivables and related issues. | Deborah M. Gutfeld | 0.20 |

|  | **Total Hours** | **1.90** |
|--|-----------------|----------|
|  | **Total Fees** | **$760.00** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Deborah M. Gutfeld | Associate | 1.90 | 400.00 | 760.00 |
|  | **Totals** | **1.90** |  | **760.00** |

**Total Current Charges**          $          760.00



**DLA Piper US LLP**
203 North LaSalle St., Suite 1900
Chicago, IL 60601-1293
**T** 312-368-4000
**F** 312-236-7516
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

Official Committee of Unsecured Creditors
Attn: Tom Hugar
Jia Choa International Co., Ltd.
No. 75 Changh-Hsing St.
Changhua,  R.O.C. Taiwan 500

January 11, 2007

D. Neff
Matter #  313384-000006
Invoice #  1934450

---

*For Professional Services Through **December 31, 2006***:

Client:   **Official Committee of Unsecured Creditors**
Matter:   **Case Administration (Matter No. 6)**

| | | |
|---|---|---|
| Current Fees | $ | 710.00 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 710.00 |

---

Please send remittance to:        DLA Piper US LLP
                                  5266 Paysphere Circle
                                  Chicago, IL 60674

Or wire remittance to:            LaSalle Bank N.A.
                                  135 S.LaSalle Street        *To ensure proper credit, please indicate the*
                                  Chicago, IL 60603           *invoice number you are paying on the wire*
                                  Account Name:
                                  DLA Piper US LLP
                                  Account #: 5800244054
                                  ABA Transit # 071000505
                                  Swift Code: LASLUS44

Law Firm Tax Identification Number:   52-0616490


**DLA PIPER**

D. Neff

Matter #  313384-000006

Page: 2

Invoice #  1934450

January 11, 2007

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|-----------|-------|
| 12/01/06 | Various corr. with P. Clisham re: Motion to Sell Receivables and Order re: same (.3); corr. with K. Robinson re: same (.1). | Deborah M. Gutfeld | 0.40 |
| 12/28/06 | Attend court regarding case status. | David Neff | 1.00 |
| | **Total Hours** | | **1.40** |
| | **Total Fees** | | **$710.00** |

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| David Neff | Partner | 1.00 | 550.00 | 550.00 |
| Deborah M. Gutfeld | Associate | 0.40 | 400.00 | 160.00 |
| **Totals** | | **1.40** | | **710.00** |

**Total Current Charges**     $          710.00



**DLA Piper US LLP**
203 North LaSalle St., Suite 1900
Chicago, IL 60601-1293
T 312-368-4000
F 312-236-7516
W www.dlapiper.com

## PRIVILEGED AND CONFIDENTIAL

Official Committee of Unsecured Creditors
Attn: Tom Hugar
Jia Choa International Co., Ltd.
No. 75 Changh-Hsing St.
Changhua,  R.O.C. Taiwan 500

February 14, 2007

D. Neff
Matter #  313384-000006
Invoice #  1946850

---

*For Professional Services Through **January 31, 2007**:*

Client:   ***Official Committee of Unsecured Creditors***
Matter:   ***Case Administration (Matter No. 6)***

| | | |
|---|---|---|
| Current Fees | $ | 256.50 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 256.50 |

---

Please send remittance to:    DLA Piper US LLP
5266 Paysphere Circle
Chicago, IL 60674

Or wire remittance to:    LaSalle Bank N.A.
135 S.LaSalle Street
Chicago, IL 60603
Account Name:
DLA Piper US LLP
Account #: 5800244054
ABA Transit # 071000505
Swift Code: LASLUS44

*To ensure proper credit, please indicate the
invoice number you are paying on the wire*

Law Firm Tax Identification Number:    52-0616490



D. Neff
Page: 2

Matter # 313384-000006
Invoice # 1946850

February 14, 2007

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|-----------|-------|
| 01/11/07 | Various corr. with P. Clisham and D. Neff re: final fee application/notice. | Deborah M. Gutfeld | 0.30 |
| 01/18/07 | Review Shaw Gussis monthly fee application (December) (.3). | Deborah M. Gutfeld | 0.30 |
| | **Total Hours** | | **0.60** |
| | **Total Fees** | | **$256.50** |

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Deborah M. Gutfeld | Associate | 0.60 | 427.50 | 256.50 |
| **Totals** | | **0.60** | | **256.50** |

**Total Current Charges**      $      **256.50**

# DLA PIPER

**DLA Piper US LLP**
203 North LaSalle St., Suite 1900
Chicago, IL 60601-1293
T 312-368-4000
F 312-236-7516
W www.dlapiper.com

## PRIVILEGED AND CONFIDENTIAL

Official Committee of Unsecured Creditors
Attn: Tom Hugar
Jia Choa International Co., Ltd.
No. 75 Changh-Hsing St.
Changhua,   R.O.C. Taiwan 500

February 28, 2007

D. Neff
Matter # 313384-000006
Invoice # 1955410

---

*For Professional Services Through **February 28, 2007***:

*Client:*   **Official Committee of Unsecured Creditors**
*Matter:*   **Case Administration (Matter No. 6)**

| | | |
|---|---|---|
| Current Fees | $ | 855.00 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 855.00 |

---

Please send remittance to:      DLA Piper US LLP
                                 5266 Paysphere Circle
                                 Chicago, IL 60674

Or wire remittance to:          LaSalle Bank N.A.            *To ensure proper credit, please indicate the*
                                135 S.LaSalle Street         *invoice number you are paying on the wire*
                                Chicago, IL 60603
                                Account Name:
                                DLA Piper US LLP
                                Account #: 5800244054
                                ABA Transit # 071000505
                                Swift Code: LASLUS44
Law Firm Tax Identification Number:   52-0616490


**DLA PIPER**

Matter # 313384-000006
Invoice # 1955410

D. Neff
Page: 2
February 28, 2007

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|-----------|-------|
| 02/08/07 | Various corr. with P. Clisham re: notice of final fee application and motion to dismiss (.2); corr. with D. Neff and N. Taylor re: same (.1); prepare draft of fee application summaries (.5). | Deborah M. Gutfeld | 0.80 |
| 02/16/07 | Review draft fee application (Final) and conf. with P. Clisham re: Notice (1.0); corr. with N. Taylor re: same (.2). | Deborah M. Gutfeld | 1.20 |
| | **Total Hours** | | **2.00** |
| | **Total Fees** | | **$855.00** |

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Deborah M. Gutfeld | Associate | 2.00 | 427.50 | 855.00 |
| **Totals** | | **2.00** | | **855.00** |

**Total Current Charges**          **$          855.00**

# **EXHIBIT C**



**DLA PIPER US LLP**
203 North LaSalle St., Suite 1900
Chicago, IL 60601-1293
**T** 312-368-4000
**F** 312-236-7516
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

Official Committee of Unsecured Creditors
Attn: Tom Hugar
Jia Choa International Co., Ltd.
No. 75 Changh-Hsing St.
Changhua,  R.O.C. Taiwan 500

September 11, 2006

D. Neff
Matter #  313384-000011
Invoice #  1872194

*For Professional Services Through August 31, 2006:*

Client:     ***Official Committee of Unsecured Creditors***
Matter:    ***Fee/Employment Applications and Matters***
             ***(Matter No. 11)***

| | | |
|---|---|---:|
| Current Fees | $ | 2,185.00 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 2,185.00 |

Please send remittance to:

DLA Piper US LLP
5266 Paysphere Circle
Chicago, IL 60674

Or wire remittance to:

LaSalle Bank, N.A.
135 S.LaSalle Street
Chicago, IL 60603
Account Name:
DLA Piper US LLP
Account #: 5800244054
ABA Transit # 071000505
Swift Code: LASLUS44

*To ensure proper credit, please indicate the invoice number you are paying on the wire*

Law Firm Tax Identification Number:    52-0616490



Official Committee of Unsecured Creditors                                              D. Neff
Matter # 313384-000011                                                                 Page: 2
Invoice # 1872194                                                           September 11, 2006

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 08/17/06 | Conference with Deborah Gutfeld re: fee application. | Nina H. Taylor | 0.20 |
| 08/18/06 | Review docket for monthly statements and interim application (2.0); begin to draft application (.8). | Nina H. Taylor | 2.80 |
| 08/21/06 | Draft fee applications and exhibits thereto. | Nina H. Taylor | 5.50 |
| 08/29/06 | Review/revise third interim fee application and prepare corr. to D. Neff re: same. | Deborah M. Gutfeld | 1.00 |

|  |  | **Total Hours** | **9.50** |
|--|--|-----------------|----------|
|  |  | **Total Fees** | **$2,185.00** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Deborah M. Gutfeld | Associate | 1.00 | 400.00 | 400.00 |
| Nina H. Taylor | Paralegal | 8.50 | 210.00 | 1,785.00 |
| **Totals** |  | **9.50** |  | **2,185.00** |

**Total Current Charges**          $          **2,185.00**

 **DLA PIPER**

**DLA Piper US LLP**
203 North LaSalle St., Suite 1900
Chicago, IL 60601-1293
**T** 312-368-4000
**F** 312-236-7516
**W** www.dlapiper.com

## PRIVILEGED AND CONFIDENTIAL

Official Committee of Unsecured Creditors
Attn: Tom Hugar
Jia Choa International Co., Ltd.
No. 75 Changh-Hsing St.
Changhua,   R.O.C. Taiwan 500

November 9, 2006

D. Neff
Matter # 313384-000011
Invoice # 1904204

---

*For Professional Services Through **October 31, 2006**:*

*Client:*   ***Official Committee of Unsecured Creditors***
*Matter:*   ***Fee/Employment Applications and Matters
(Matter No. 11)***

| | | |
|---|---|---|
| Current Fees | $ | 2,635.00 |
| Current Disbursements | $ | 54.75 |
| Total This Invoice | $ | 2,689.75 |

---

Please send remittance to:      DLA Piper US LLP
                                5266 Paysphere Circle
                                Chicago, IL 60674

Or wire remittance to:          LaSalle Bank N.A.                *To ensure proper credit, please indicate the*
                                135 S.LaSalle Street            *invoice number you are paying on the wire*
                                Chicago, IL 60603
                                Account Name:
                                DLA Piper US LLP
                                Account #: 5800244054
                                ABA Transit # 071000505
                                Swift Code: LASLUS44
Law Firm Tax Identification Number:   52-0616490


**DLA PIPER**

|  | D. Neff |
|---|---|
| Matter # 313384-000011 | Page: 2 |
| Invoice # 1904204 | November 9, 2006 |

**Fees:**

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 09/06/06 | Finalize/revise fee application (interim) and conference with D. Neff regarding same (1.8); correspondence with N. Taylor regarding filing/notice/service (.30); correspondence with M. Swanson regarding same (.20). | Deborah M. Gutfeld | 2.30 |
| 09/06/06 | Conferences with Deborah Gutfeld re: filing and service of fee application (.3); draft and revise certificate of service (.5); obtain e-filing and service list (.5); revise and assemble for filing (.3); coordinate filing and service of fee application (1.0); e-mails re: filing (.2); send courtesy copy to judge (.2). | Nina H. Taylor | 3.00 |
| 09/08/06 | Call to clerk re: cover sheet. | Nina H. Taylor | 0.20 |
| 09/20/06 | Review Shaw Gussis Monthly fee statement (.2); prepare DLA Piper monthly fee statement (August) and corr. with D. Neff re: same (.6). | Deborah M. Gutfeld | 0.80 |
| 09/28/06 | Prepare for and attend court regarding hearing on interim fee petition. | David Neff | 1.20 |
| 09/29/06 | Review calculations to determine amount still owed. | Nina H. Taylor | 0.30 |
| | **Total Hours** | | **7.80** |
| | **Total Fees** | | **$2,635.00** |

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| David Neff | Partner | 1.20 | 550.00 | 660.00 |
| Deborah M. Gutfeld | Associate | 3.10 | 400.00 | 1,240.00 |
| Nina H. Taylor | Paralegal | 3.50 | 210.00 | 735.00 |
| | **Totals** | **7.80** | | **2,635.00** |



Matter #  313384-000011
Invoice # 1904204

D. Neff
Page: 3
November 9, 2006

**Disbursements:**

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Duplicating | 54.75 |

**Total Disbursements**     <u>$54.75</u>

**Total Current Charges**     <u>$      2,689.75</u>



**DLA Piper US LLP**
203 North LaSalle St., Suite 1900
Chicago, IL 60601-1293
**T** 312-368-4000
**F** 312-236-7516
**W** www.dlapiper.com

## PRIVILEGED AND CONFIDENTIAL

Official Committee of Unsecured Creditors
Attn: Tom Hugar
Jia Choa International Co., Ltd.
No. 75 Changh-Hsing St.
Changhua,   R.O.C. Taiwan 500

February 14, 2007

D. Neff
Matter #  313384-000011
Invoice #  1946848

---

*For Professional Services Through January 31, 2007:*

*Client:*     ***Official Committee of Unsecured Creditors***
*Matter:*     ***Fee/Employment Applications and Matters***
***(Matter No. 11)***

|  |  |  |
|---|---|---|
| Current Fees | $ | 41.40 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 41.40 |

---

Please send remittance to:

DLA Piper US LLP
5266 Paysphere Circle
Chicago, IL 60674

Or wire remittance to:

LaSalle Bank N.A.
135 S.LaSalle Street
Chicago, IL 60603
Account Name:
DLA Piper US LLP
Account #: 5800244054
ABA Transit # 071000505
Swift Code: LASLUS44

*To ensure proper credit, please indicate the
invoice number you are paying on the wire*

Law Firm Tax Identification Number:     52-0616490



D. Neff
Matter # 313384-000011         Page: 2
Invoice # 1946848         February 14, 2007

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 01/30/07 | Conference with Deborah Gutfeld re: preparation of final fee application. | Nina H. Taylor | 0.20 |
| | **Total Hours** | | **0.20** |
| | **Total Fees** | | **$41.40** |

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Nina H. Taylor | Paralegal | 0.20 | 207.00 | 41.40 |
| **Totals** | | **0.20** | | **41.40** |

**Total Current Charges**     $      41.40

 **DLA PIPER**

**DLA Piper US LLP**
203 North LaSalle St., Suite 1900
Chicago, IL 60601-1293
T 312-368-4000
F 312-236-7516
W www.dlapiper.com

<u>PRIVILEGED AND CONFIDENTIAL</u>

Official Committee of Unsecured Creditors
Attn: Tom Hugar
Jia Choa International Co., Ltd.
No. 75 Changh-Hsing St.
Changhua,   R.O.C. Taiwan 500

February 28, 2007

D. Neff
Matter #  313384-000011
Invoice #  1955409

---

*For Professional Services Through **February 28, 2007***:

*Client:*    ***Official Committee of Unsecured Creditors***
*Matter:*    ***Fee/Employment Applications and Matters***
***(Matter No. 11)***

|  |  |  |
|---|---|---|
| Current Fees | $ | 3,910.05 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 3,910.05 |

---

Please send remittance to:        DLA Piper US LLP
5266 Paysphere Circle
Chicago, IL 60674

Or wire remittance to:        LaSalle Bank N.A.          *To ensure proper credit, please indicate the*
135 S.LaSalle Street          *invoice number you are paying on the wire*
Chicago, IL 60603
Account Name:
DLA Piper US LLP
Account #: 5800244054
ABA Transit # 071000505
Swift Code: LASLUS44
Law Firm Tax Identification Number:        52-0616490

**DLA PIPER**

D. Neff

Matter # 313384-000011
Invoice # 1955409

Page: 2

February 28, 2007

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 02/05/07 | Perform calculations for final fee application (2.5); begin to draft fee application and exhibits (1.1). | Nina H. Taylor | 3.60 |
| 02/12/07 | Revise fee application and exhibits thereto. | Nina H. Taylor | 2.00 |
| 02/13/07 | Revise fee application. | Nina H. Taylor | 0.80 |
| 02/14/07 | Draft/revise fee application. | Nina H. Taylor | 2.10 |
| 02/15/07 | Revise calculations. | Nina H. Taylor | 1.20 |
| 02/16/07 | Revise fee application. | Nina H. Taylor | 0.90 |
| 02/20/07 | Draft biographies (.3); revise fee application and exhibits thereto (1.7); assemble same (.3). | Nina H. Taylor | 2.30 |
| 02/22/07 | Review/revise Final Fee Application (1.4); corr. with N. Taylor re: same (.2); corr. with D. Neff re: same (.1). | Deborah M. Gutfeld | 1.70 |
| 02/27/07 | Various corr. with P. Clisham, D. Neff and N. Taylor re: final fee application/notice (.4); review same (.4); prepare corr. to accounting re: WIP (February) (.1); revise fee app in connection with same (.3). | Deborah M. Gutfeld | 1.20 |
| | **Total Hours** | | **15.80** |
| | **Total Fees** | | **$3,910.05** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Deborah M. Gutfeld | Associate | 2.90 | 427.50 | 1,239.75 |
| Nina H. Taylor | Paralegal | 12.90 | 207.00 | 2,670.30 |
| **Totals** | | **15.80** | | **3,910.05** |

**Total Current Charges**          $          3,910.05

# **EXHIBIT D**

# DLA PIPER

**DLA Piper US LLP**
203 North LaSalle St., Suite 1900
Chicago, IL 60601-1293
**T** 312-368-4000
**F** 312-236-7516
**W** www.dlapiper.com

## PRIVILEGED AND CONFIDENTIAL

Official Committee of Unsecured Creditors
Attn: Tom Hugar
Jia Choa International Co., Ltd.
No. 75 Changh-Hsing St.
Changhua,   R.O.C. Taiwan 500

September 11, 2006

D. Neff
Matter # 313384-000015
Invoice # 1872193

*For Professional Services Through **August 31, 2006***:

*Client:*   ***Official Committee of Unsecured Creditors***
*Matter:*   ***Committee Matters (Matter No. 15)***

| | | |
|---|---|---|
| Current Fees | $ | 120.00 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 120.00 |

| | | |
|---|---|---|
| Please send remittance to: | DLA Piper US LLP
5266 Paysphere Circle
Chicago, IL 60674 | |
| Or wire remittance to: | LaSalle Bank, N.A.
135 S.LaSalle Street
Chicago, IL 60603
Account Name:
DLA Piper US LLP
Account #: 5800244054
ABA Transit # 071000505
Swift Code: LASLUS44 | *To ensure proper credit, please indicate the invoice number you are paying on the wire* |
| Law Firm Tax Identification Number: | 52-0616490 | |



Official Committee of Unsecured Creditors                                    D. Neff
Matter # 313384-000015                                                       Page: 2
Invoice # 1872193                                                    September 11, 2006

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 08/29/06 | T/c with creditor D. Miller re: status of bankruptcy proceedings. | Deborah M. Gutfeld | 0.30 |

|  | **Total Hours** | **0.30** |
|--|-----------------|----------|
|  | **Total Fees** | **$120.00** |

---

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Deborah M. Gutfeld | Associate | 0.30 | 400.00 | 120.00 |
| **Totals** | | **0.30** | | **120.00** |

**Total Current Charges**      $        120.00

# **EXHIBIT E**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 04 B 38543 |
| HEDSTROM CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | Hon. Jack B. Schmetterer |
| Debtors. | ) | |

### AFFIDAVIT OF DAVID M. NEFF

I, David M. Neff, certify under penalty of perjury as follows:

1.      I am a partner in the law firm of DLA Piper US LLP ("DLA Piper") and am authorized to make this Affidavit on behalf of DLA Piper.

2.      This Affidavit is submitted in support of the Fourth and Final Interim Fee Application of DLA Piper US LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured (the "Fee Application").

3.      In the ordinary course of DLA Piper's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4.      In the ordinary course of DLA Piper's business, the information on the timesheets is entered into DLA Piper's computer system.

5.      In the ordinary course of DLA Piper's business, a prebilling summary report ("PBSR") is generated at the end of each month for each client, and the PBSR is forwarded to the responsible partner for his or her review. I am the responsible partner for this engagement and I have reviewed all of the monthly PBSR's for the services provided by DLA Piper in these cases on behalf of the Committee.

6.      I have reviewed the exhibits to the Fee Application and have determined that they

are based upon the above-described billing practices and documents of DLA Piper, which are

made and prepared in the ordinary course of DLA Piper's business.

7.      To the best of my knowledge, the information set forth in the Fee Application and

the exhibits thereto is true and correct.

Date: March 9, 2007                          **DLA PIPER US LLP**


By:   /s/ David M. Neff
        David M. Neff (ARDC No. 6190202)
        203 North LaSalle Street, Suite 1900
        Chicago, Illinois  60601-1293
        (312) 368-4000

        Attorneys for the Official Committee of
        Unsecured Creditors

2

# EXHIBIT F

## BIOGRAPHICAL INFORMATION

1.     **David M. Neff** (DN) is a partner with the law firm of DLA Piper Rudnick Gray Cary US LLP.  Mr. Neff specializes in representing debtors, lenders, individual creditors and creditors committees in all types of bankruptcies. He is a past president of the Chicago Bar Association Bankruptcies and Reorganization Committee and has spoken often at the Norton Bankruptcy Litigation Institute and for the American Bankruptcy Institute. He received his bachelor's degree from Northwestern University in 1982 and his J.D. Degree from DePaul University in 1985.  Mr. Neff's hourly billing rate during the relevant time was $550.00.

2.     **Ann Marie Bredin** (AMB) is an associate with the law firm of DLA Piper US LLP.  She concentrates her practice in the area of bankruptcy law.  Ms. Bredin received her bachelor's degree from Northwestern University in 1995 and her JD from Northwestern University in 1998. Ms. Bredin's hourly billing rate during the relevant time was $415.00.

3.     **Deborah M. Gutfeld** (DMG) is an associate with the law firm of DLA Piper US LLP.  She concentrates her practice in the area of corporate securities and bankruptcy.  Ms. Gutfeld received her bachelor's degree from Indiana University in 1997 and her J.D. degree from Northwestern University School of Law in 2000.  Ms. Gutfeld's hourly billing rate during the relevant time ranged from $400.00 to $427.50.

4.     **Nina H. Taylor** (NHT) is a bankruptcy paralegal with many years of experience. Her hourly billing rate during the relevant time ranged from $207.00 to $210.00.