## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HEDSTROM CORPORATION, *et al.*, | ) | Case No. 04-38543 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Jack B. Schmetterer |

### ORDER ON DLA PIPER'S FINAL FEE APPLICATION

The hearing on the final fee application of DLA Piper is adjourned *sine die*.

Dated: 4/2/07

ENTER:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

APR 0 2 2007

**Prepared By:**

Steven B. Towbin (#2848546)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
(312) 276-1333

{4625 ORD A0165581.DOC}