# **EXHIBIT E**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 04 B 38543 |
| HEDSTROM CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | Hon. Jack B. Schmetterer |
| Debtors. | ) | |

**ORDER GRANTING MOTION AND SUPPLEMENT OF DLA PIPER US LLP
FOR FINAL ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

THIS MATTER COMING TO BE HEARD on the Motion (the "Motion") and Supplement of DLA Piper US LLP ("DLA Piper") for Final Allowance of Compensation for Services Rendered and Reimbursement of Expenses; due and proper notice of the Motion having been given; the Court having jurisdiction over this core proceeding; the Court having heard the statements of counsel and having been otherwise fully advised in the premises; **IT IS HEREBY ORDERED THAT**:

(1)    The Motion is Granted.

(2)    DLA Piper, having requested interim compensation in the amount of **$343,830.05**, is allowed final compensation as counsel to the Official Committee of Unsecured Creditors, in the amount of $340,085.05 for legal services performed from October 22, 2004 through May 31, 2007, and $3,745.00 in estimated fees after May 31, 2007 associated with the preparation and presentation of the Supplement to the final fee application and preparation for and attendance at the hearing on Debtor's Motion for Entry of Order Determining and Allowing the § 507(b) Claim of Credit Suisse, N.A. and Related Relief.

CHGO1\30994065.1

(3)     DLA Piper, having requested reimbursement of expenses in the amount of **$4,081.53**, is allowed $4,081.53 for reimbursement of expenses incurred from October 22, 2004 through May 31, 2007.

(4)     The Debtors are authorized and directed to pay to DLA Piper all amounts awarded herein, less amounts previously paid to DLA Piper.

(5)     The Application and the entry of this Order are core proceedings within the meaning of 28 U.S.C. § 157(b).

(6)     This Order is a final Order and is effective immediately.


Dated: Chicago, Illinois                         **ENTERED**
      June 19, 2007

 

HONORABLE JACK B. SCHMETTERER
UNITED STATES BANKRUPTCY JUDGE